# 4

# EXHIBIT

**KML Law Group, P.C.**
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA 19106
WWW.KMLLAWGROUP.COM
(215) 627-1322
FAX (215) 627-7734

July 13, 2022

Joanne M. Roman
102 Artlee Avenue
Butler, PA 16001

**RE:   M&T BANK vs. ROMAN**
**BUTLER COUNTY CCP, No. AD-2022-10337**

Dear Ms. Roman:

In response to your request for verification of the debt pursuant to the Fair Debt Collection Practices Act, we enclose a copy of each of the following documents:

1. A copy of the Mortgage; and
2. A copy of the Note.

The mortgage was assigned to M&T Bank by assignment of mortgage recorded on April 9, 2021 as Instrument No. 202104090010163. In your correspondence in which you dispute the debt, you advise that on July 7, 2021, you received a discharge in your Chapter 7 bankruptcy case. By reason of the discharge, you are personally not liable to pay the obligation, nor any deficiency which might result from the sale of the property which secures the mortgage. The mortgage foreclosure action referred to above is in "in rem" action and seeks only to recover the property at 102 Artlee Avenue, Butler, PA 16001. M&T Bank makes no effort and claims no right to collect any monetary amount from you. However, your discharge in bankruptcy has no effect on the right of M&T to prosecute an action in mortgage foreclosure to recover such property. This, of course, is the purpose of the foreclosure action.

If you are interested in submitting an application for a loan modification, please advise and we will arrange for an application package to be sent to you. Should you have questions, please contact me at your convenience.

KML Law Group, P.C.,

By: _____   **NOT SIGNED**
J. Eric Kishbaugh, Esquire
Attorney for Plaintiff

Enclosure
cc:   M&T BANK.

237230747

THIS LAW FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THE PURPOSE OF COLLECTING A DEBT. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.

# M&T Bank – CAM Support Department

## Original Document Inventory and Tracking

Loan Number: 0031693120

Received by: _____KG_____     Date: __04/01/2022__

**Original Document**

|  | Received (Y/N/Copy)? | Shipped (Date/Initials) | Returned (Date/Initials) |
|---|---|---|---|
| Note | Yes | | |
| Mortgage | ? | | |
| Title Policy | ? | | |
| Unrecorded Assignment | ? | | |
| MIC/LGC | | | |
| Pre-Payment Penalty Rider | — | | |
| Loan Mod. Agreement | ? | | |

Additional Notes:

_____
_____
_____

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_Joanne M Roman 8/8/17_ (Seal)
Joanne M. Roman                               -Borrower

_____ (Seal)
                                              -Borrower

*[Sign Original Only]*

**Liberty Mortgage Corporation**
3818 Liberty Street
Erie, Pennsylvania 16509
**NMLS # 136251**
Loan Officer: Keith Caughey 146620

PAY TO THE ORDER OF M & T BANK
WITHOUT RECOURSE
BY: LIBERTY MORTGAGE CORPORATION
_Deborah Gilmour_ VP
DEBORAH GILMOUR, V.P.

Since 12/24/21

We Have a New Endorsement

PAY TO THE ORDER OF
_____
WITHOUT RECOURSE, M&T BANK

SIGNED: _Erin L Doerfler_

NAME: ERIN L. DOERFLER
TITLE: ADMINISTRATIVE VICE PRESIDENT

ORIGINAL

PENNSYLVANIA FHA FIXED RATE NOTE - MERS                       Loan Number: LMC-11710
PAFHA.NTE    06.14.16                                         (page 4 of 4 pages)







# Erin Doerfler

Administrative Vice President and Loan Delivery Manager at M&T Bank.
Buffalo, New York, United States
289 followers · 286 connections

 M&T Bank

 State University of New York at Fredonia

🔗 Company Website ↗

## About

Mortgage banker with 20+ years experience in residential mortgages. Expertise in MBS Securities as well as State Bond and Reverse Mortgage audits and deliveries. Extensive management experience. Coordinated bulk sales with outsource companies and internal departments. Work with senior management on projects and Bankwide initiatives. Interested in building on extensive mortgage banking experience.

Specialties: Experience using agency MBS delivery systems, CEMA transactions and document