UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Division

**FILED**

AUG -9 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| Joanne Marie Roman, Pro Se Litigant, ) <br> Carmelo Roman Torres, spouse, ) <br> JMR, dependent daughter, JG, dependent son, ) <br> ) <br> Plaintiff(s), ) <br> v. ) <br> ) <br> M&T Bank, KML Law Group, P.C., ) <br> J. Eric Kishbaugh, Attorney for M&T Bank, ) <br> ) <br> Defendant(s), ) | No. 2:23-cv-0308-WSH |

## MOTION

### ENTER DEFAULT JUGEMENT IN ACCORDANCE WITH
### RULE 55 FEDERAL RULES OF CIVIL PROCEDURE

**AND NOW**, Joanne M. Roman, Motion the court to enter a default Judgement in favor of the Plaintiff's in accordance with Fed. R. Civ. P <u>Rule 55</u> in the United States Western District of Pennsylvania. Failure to serve and answer to the plaintiff's and the court complaint timely.

1. Defendants did not file within the specified time their answer to a complaint property served with summon in accordance with <u>Rule 4</u>, the summons did contain a notice to defend. Attached hereto, is proof of service certificates for summons service with a true copy of the complaint attached delivered to all defendants giving a fair opportunity to respond.

2. Defendant failed to comply with the District Judges Notice and Order dated 3/2/2023, an amendment requires the parties to meet-to-confer regarding the plaintiff's allegation to discuss the documentary evidence before any request to dismiss the compliant would be considered.

3. The defendants not in compliance with <u>Rule 26</u>. General provisions governing discovery; duty of disclosure by failure to join parties to schedule the conference under <u>Rule 16(b)</u>, meet-and-confer to discuss the nature and basis of claims and defenses and the possibilities for a prompt settlement or resolution of the case and arrange for the disclosures required by subdivision (a)(1), to develop the proposed discovery plan, report, and ADR stipulations.

Respectfully Submitted, *Joanne M. Roman*  *Carmelo Roman Torres*

Date 7/24/2023

Joanne M. Roman, Pro Se litigant Plaintiff(s) Carmelo Roman-Torres (spouse)
and dependents JG and JMR
102 Artlee Avenue Butler, PA 16001
(814) 323-5853
jmroman0967@gmail.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Division

| | | |
|---|---|---|
| Joanne Marie Roman, Pro Se Litigant, | ) | |
| Carmelo Roman Torres, spouse, | ) | |
| JMR, dependent daughter, JG, dependent son, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | No. 2:23-cv-0308-WSH |
| | ) | |
| M&T Bank, KML Law Group, P.C., | ) | |
| J. Eric Kishbaugh, Attorney for M&T Bank, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

AND NOW, this _____ , day of _____ , 2023, upon consideration the evidence in the record the opinion of the court supports the Plaintiff's Motion for default judgment in accordance with Rule 55 failure to file and answer to the complaint within the required time to a complaint property served by summons Rule 4 which contained a notice to defend.

Default judgement GRANTED in favor of the plaintiffs, with Prejudice.

BY THE COURT:

_____
J.

**Distribution list:**

Michael McKeever, Esquire, KML Law Group, P.C.
Attorney for the Defendants

J. Eric Kishbaugh, Esquire, KML Law Group, P.C.
Attorney for M&T Bank

Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

**Plaintiffs:**
Joanne M. Roman, Carmelo Roman-Torres, Spouse,
JMR, JG Dependents, Pro Se
102 Artlee Avenue
Butler, PA 16001

## CERTIFICATE OF SERVICE

Joanne M. Roman, Pro Se Litigant hereby certifies that a true and correct copy of this document has been prepared behalf of (self and family) Plaintiffs MOTION FOR DEFAULT JUDGEMENT the persons named below have received a true and correct copy of this of this document as deposited at United State Postal Service for delivery City of Butler, Pennsylvania's main post office on Date: __8/4/2023__ mailed from the Butler PA main United States Postal Service both priority tracking deliver and certified return signature green card receipt.

**Distribution list:**

Michael McKeever, Esquire, KML Law Group, P.C.
Attorney for the Defendants

J. Eric Kishbaugh, Esquire, KML Law Group, P.C.
Attorney for M&T Bank

Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

**Plaintiffs:**
Joanne M. Roman, Carmelo Roman-Torres, Spouse,
JMR, JG Dependents, Pro Se
102 Artlee Avenue
Butler, PA 16001

## VERIFICATION

I, <u>Joanne M. Roman</u>, Pro Se Litigant of myself and my family being one of the plaintiffs named within the complaint do hereby verify that I am authorized to make this verification on behalf of myself and my family (spouse) Carmelo Roman Torres and unmarried (dependent children) JMR and JG joined plaintiffs which I have set the forth the facts in the foregoing Motion for Default Judgment as stated within the document for the Joanne M. Roman, Plaintiff, Pro Se litigant in this case along with the additional Plaintiffs for this district case verify all is true and correct information to the best of knowledge and my belief.

This verification is being made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsifications to authorities.

*[Signature: Carmelo Roman Torres]*

*[Signature: Joanne M. Roman]*   7/24/2023

Respectfully Submitted,   Date

Joanne M. Roman, Pro Se litigant Plaintiff
Plaintiff(s) Carmelo Roman-Torres (spouse)
and dependents JG and JMR
102 Artlee Avenue Butler, PA 16001
jmroman0967@gmail.com
(814) 323-5853