UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Division

JOANNE MARIE ROMAN, et. al.

          *Plaintiffs,*

    v.

M&T BANK, et. al.

          *Defendants,*

Case No: 2:23-CV-00308-WSH

May 27, 2026

United States District Court

Clerk's Office Room 3110

Joseph F. Weis Jr.

US Court House

700 Grant Street

Pittsburgh, PA 15219

**RECEIVED**

MAY 2 9 2026

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Dear District Clerk of Court Office, Room 3110,

**RE: ECF/CM District Court Case No. 2:23-cv-0308-WSH**

      Please find enclosed for docketing response to doc 119 and 122, A motion to Supplement the 2nd Amended Complaint is attached hereto with the Amendment written for approval to proceed on a Supplemental under Rules **15(a)(2)** and **15(d)** and **Pursuant to Rule 65(b) notarized request for TRO**, to add **new, independent constitutional injury** to this ongoing litigation re: **42 U.S.C. 1983.** To move a state court mortgage foreclosure or a related claim to federal court, you must use **28 U.S.C. § 1452** for removal. This statute allows you to remove a civil claim to the federal district court in the district where <u>the civil action is pending</u>, provided that the district court has bankruptcy jurisdiction under **28 U.S.C. § 1334.**

**Irreparable Harm Under Rule 65(b):** Evidence of this dangerous escalation is already preserved in this Court's electronic record at [**ECF/Docket Number: 2:23-cv-00308, (W.D. Pa.). ECF Doc No's: (98); (101 to 106); and (127)**]. This ongoing weaponization of local law enforcement forms a core component of Plaintiff's concurrent Emergency Motion for a Temporary Restraining Order (TRO), demonstrating an immediate, irreparable constitutional crisis that cannot be remedied alone by monetary damages.

- **Interlocking Emergency Relief:** This amendment is critical to Plaintiff's pending Emergency Motion for a Temporary Restraining Order (TRO) to prevent immediate housing displacement and preserve the status quo.

Attached hereto are two Superior Cour Appeal dockets (not consolidated). Status on Appeal No. 319WDA2026 state case Ejectment Order 2/26/2026 is DISMISSED. Status on Appeal No. 449WDA2026 state case re: mortgage foreclosure review for "error of law" is ACTIVE. However, the Superior Court "denied stay relief" temporary during the appeal and review of the lower court actions re: "the mortgage

foreclosure case is open and pending since 5/13/2022" and the Plaintiff is now homeless from the ejectment lawsuit.

However, a sheriff sale commenced, reformed a mortgage back into MERS commence without my consent of a debt already discharged 100% in bankruptcy case closed July 28, 2021. By which I was ejected homeless April 8, 2026. Post-discharge violations Guised in REM mortgage foreclosure Action.

- No reformation under COVID moratorium was approved during the bankruptcy case
- The forbearance was approved but never written for a face-to-face meeting or a signature by agreement before the bankruptcy case closed by act of law the debtor received the entire estate with protection under final order 11 USC §524.
- An assignment was recorded during automatic stay not discovered by the court for violation 11 U.S.C. §362. Joanne M. Roman discovered 11/27/2021 and noticed the PA Attorney General who stated I was entitled to Adversary Proceeding which brings us to current date.

I was sued for a <u>debt collection without an enforceable debt</u> petition still pending not adjudicated 12/1/2025 in state case CP 21-21203; and with a void assignment recorded during my automatic stay is violation of 11 USC §362 and §524 the debt is 100% discharge. There is fraud upon the court "federal" and "state"

The key distinction between **extrinsic fraud** and **intrinsic fraud** involves whether the deception occurred outside the courtroom or inside the courtroom. Under **federal law**, this distinction directly dictates how much time a person has to overturn a tainted court judgment.

**There is a current Safeguard sticker posted on my home door (seized by Agents of M&T Bank)** only because I was ejected "made it look abandoned" and lawn is knee high now.

Look back to December 4, 2020, same situation stopped the sale of my home to pay off a HUD FHA Mortgage "non-judicial" lockout occurred without out any order written and no court oversight. That case is still open and pending since 5/13/2022.

**Pursuant Act 88 of 2024 and 42 Pa.C.S. § 5527.1.** The ejectment occurred 4/8/2026 cause my homeless "they removed all my personal items from the property without my consent" Pursuant 'self-help" assistance from law enforcement and unlawful acts under color of state law assisted by the Butler Township Police and Safeguard properties and the court system obtained an order violated my civil rights under the United States Constitution (14 Amendment (without due process) of a full hearing and (4th Amendment "illegal search and seizure of my personal property) filed false claims with the police department converting a civil case into a criminal case after the Butler District Attorney not to get involved in the Civil Action. The police are without any "probable cause" **the order written 2/26/2026 was without jurisdiction** reports are docketed in the federal case pursuant a response to a status report to Judge Hardy filed on docket

**PA 42 § 5505** refers to a specific statute under Pennsylvania's Judicial Code (**42 Pa.C.S. § 5505**). It governs the **Modification of Orders,** providing that a trial court has the authority to modify or rescind any of its own orders, but usually only within **30 days** after the order has been entered and before any appeals have been filed.

**Probable cause** is the constitutional threshold required under the **Fourth Amendment** that permits law enforcement to make an arrest or conduct a warrantless search and seizure.

The relationship between Safeguard and Pennsylvania law enforcement is not always smooth. Nationwide and within PA, Safeguard has faced lawsuits and police reports from homeowners claiming **wrongful lockouts.**

Safeguard Properties <u>interact with local police departments</u> as a "**private entity**" **managing vacant, foreclosed, or abandoned properties** on behalf of banks and lenders:

- Reporting Trespassing, Squatting, and Vandalism
- Safeguard contacts the local police department to file a criminal trespass or property damage report. They cooperate with responding officers by providing gate codes, lockbox combinations, or keys so the police can safely enter, clear the property, and arrest trespassers.
- Eviction Assistance (Sheriff's Departments). **The Interaction**: Safeguard coordinates directly with local **County Sheriff's Departments** (rather than municipal police).
- **Code Enforcement and Nuisance Property Abatement.** While police departments focus on crime, they frequently cross paths with Safeguard regarding local blight, safety hazards (<u>like **unsecured pools**</u> or collapsing roofs), or drug activity occurring on the property.
- **The police report the Plaintiff provided are part of the federal record.**
- This happens when Safeguard **mistakenly classifies an** *occupied* **home as** *abandoned*, **resulting in contractors breaking in, altering locks, and taking personal items.**
- When this occurs, homeowners often call the local police to report Safeguard for criminal trespass or theft.
- **Police typically treat these incidents as civil property disputes rather than criminal burglaries** once Safeguard's contractors produce a bank-work order, forcing the homeowner to <u>seek civil remedies</u>.
- **These civil remedies have not occurred to current date look back to 12/4/2020 without justice and only continued growing fraudulent claims allowing concurrent injury upon the plaintiff and her family "now homeless"**
- The home was not abandoned and not blighted at point of all seizure. All the damage was committed by order of the bank and their **agents.**

ONE WOULD HAVE TO HAVE A TRIAL – not a summary judgment!

**1. Extrinsic Fraud (Outside the Courtroom)**refers to fraudulent acts that occur **collateral to or outside of the actual trial**. It happens when one party uses deception to completely prevent the other party from knowing their rights, presenting their case, or showing up to court at all. Because of this fraud, there is never a fair, adversarial contest or real trial on the merits of the case.

**Classic Examples:**
- **Fake Settlements:** Telling the opposing party, "We reached a settlement outside of court, you don't need to show up to the hearing," and then secretly going to the hearing to get a default judgment.
- **Hiding the Lawsuit:** Purposefully serving court papers to the wrong address so the defendant never discovers they are being sued.
- **Coercion:** Intentionally threatening or misleading an unrepresented party so they do not hire a lawyer or file a response.

**2. Intrinsic Fraud (Inside the Courtroom)** refers to fraudulent acts that occur **directly within the active legal proceeding**. It involves issues or evidence that were presented to, or could have been examined by, the judge or jury. The court views intrinsic fraud as something the opposing party had a fair opportunity to discover, expose, and cross-examine during the trial itself.

**Classic Examples:**
- o **Perjury:** A witness lying under oath while on the stand.
- o **Forged Documents:** Submitting a fake contract, altered receipt, or falsified medical record as evidence during the trial.
- o **Bribing a Witness:** Paying off a witness to give false testimony on the stand.

**Requesting to REMOVE/ADD Defendants:**
- o **REMOVE:** Honorable William R. Shaffer, Senior Judge Butler Court Common Pleas
- o **ADD:** Safeguard Properties Corporate (unknown individual of eviction department) and Luxe Real Estate Inc. Brandon Bittel and Jen Somerfield – Agents for M&T Bank.

**Respectfully Submitted,**

**Date:** May 27, 2026

Joanne M. Roman, Pro Se, Plaintiff

Address: 102 Artlee Avenue

Butler PA 16001

email: jmroman0967@gmail.com

cell: (814) 323-5853

COMMONWEALTH OF PENNSYLVANIA   )

                    ) SS:

COUNTY OF [**BUTLER**] )

Subscribed and sworn to (or affirmed) before me on this 27ᵗʰ day of May, 2026, by [JOANNE MARIE ROMAN], AKA [JOANNE M. ROMAN], who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Brian Scott Schreckengost

NOTARY PUBLIC SIGNATURE

My Commission Expires: Oct 28, 2029

[ PLACE NOTARY SEAL HERE ]

Commonwealth of Pennsylvania – Notary Seal
Brian Scott Schreckengost, Notary Public
Butler County
My Commission Expires October 28, 2029
Commission Number 1463652

May 27, 2026

United States District Court
Clerk's Office Room 3110
Joseph F. Weis Jr.
US Court House
700 Grant Street
Pittsburgh, PA 15219

**TO:** CLERK OF COURT AND NOTICE TO ALL COUNSEL OF RECORD
**RE:** ECF/CM District Court Case No. 2:23-cv-0308-WSH

## TABLE OF CONTENTS

PRELIMINARY STATEMEN/BRIEF IN OPPOSITION........................................... [Pages 02-10]
BRIEF IN OPPOSITON TO DEFENDANTS MOTION TO DISMISS ...............[Pages 11-24]
I. INTRODUCITON............................................................................................[Pages 11-11]
II. PROCEDURAL BAKGROUND .................................................................[Pages 11-12]
III. LEGAL ARGUMENT ..................................................................................[Pages 13-18]
IV. LEGAL ISSUES PRESENTED....................................................................[Pages 18-23]
V. RELEVANT FACTUAL HISTORY ............................................................ [Pages 23-24]
VI. CONCLUSION............................................................................................[Pages 24-24]
- **NOTICE OF PROPOSED COMBINED MOTIONS**........................................[Pages 25-29]
- **PROPOSED ORDER / SUPPLEMENT REVION & SUPPLEMENT**...............[Pages 30-34]
  **SECOND AMENDED COMPLAINT/JURISDICTION 42 U.S.C. 1983**
- **PROPOSED ORDER /APPLICATION RELIEF DECLATORY JUDGMENT** [Pages 35-38]
  **ACT 28 U.S.C. §§ 2201-2202 Property and Proceedings**
- **PROPOSED ORDER/(TRO) & PRELIMINARY INJUNCTION** ..................[Pages 39-45]
- **PURSUANT Fed. R. CIV.R. P. 65(b) - Notarized**
- **CERTIFICATE OF SERVICE** ............................................................................[Pages 46-47]

## EXHIBITS

- **EXHIBIT A** – Copy (Doc 71) Second Amend Complaint 25 pages
        w/cover sheet 2 pages
        w/Docket 4 pages (pertinent to Doc's (71-73)
- **EXHIBIT B** – Copy M&T Bank Payoff Statement Letter (10/21/2020) Re: No. 0031693120
        3 pages
        Copy M&T Bank Letter (received mail 4/28/2026) Re: No. 0031693120
- **EXHIBIT C** – Copy Credit Report Pull Equifax 7/14/23 & TransUnion 6/5/2023
        Copy Bankruptcy Status Public Notice Property

Respectfully Submitted,

Joanne M. Roman, Pro Se
Address: 102 Artlee Avenue Butler PA 16001
email: jmroman0967@gmail.com
cell: (814) 323-5853