UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Case No: 2:23-CV-00308-WSH

ROMAN v. M&T BANK et. al.

# EXHIBIT A

- COPY (DOC 71) Second Amend Complaint – 25 Pages

  w/copy cover sheet – 2 pages

  w/copy (pertinent to Doc's (71-73) – 4 pages

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Civil Division

| | | |
|---|---|---|
| JOANNE MARIE ROMAN, et. al. | | CIVIL ACTION: |
| *Plaintiffs,* | | NO. 2:23-CV-00308-WSH |
| | | |
| v. | | |
| | | |
| M&T BANK, et. al. | | AMENDED COMPLAINT: |
| *Defendants,* | | 2nd Per Order 2/24/2025 |
| | | Document [71] BY 3/18/2025 |

### PLAINTIFFS PETITION FOR A WRIT OF CERTIORARI WITH PREJUDICE
Amended Coversheet – 422 Bankruptcy Appeal 28 U.S.C. § 158 and/or §157

### PLAINTIFF MOTIONS FOR DECLARATORY JUDGMENT RELIEF ON THE "MERITS" OF THE ENTIRE WRITTEN RECORD REDRESS AND RECONSIDEATON ON "WHAT REALLY HAPPENED"

### INVOLVES CONTEMPT OF BANKRUPCTCY LAW INJUNCTION IN EFFECT OF DISHCHARGE ORDER
11 U.S.C. § 524

PLAITIFFS SEEKS INTERPRETATION RIGHTS OF IMMUNITY PROTECTION IMPART UNDER BANKRUPCY LAW UNAMBIGIOUS DISCHARGE ORDER ENFORCEABILITY OF ITS EFFECTS "BARS CREDOTORS" NAMED AND NOT NAMED ON BANKRUPTCY DISCHARGE ORDER FROM TAKING ANY ACTON TO COLLECT ON DISCHARGED DEBTS DURING THE AUTOMATIC STAY AND POST CASE CLOSURE VIOLATES BOTH "TEMPORARY INJUNCTION" AND "PERMANENT INJUNCTION" AFTER THE COURT CLOSED THE CASE

11 U.S.C § 350

ACTUAL CONTROVERSAY EXISTS **"RES ISPA LOQUITUR"** THE ENTIRE WRITTEN RECORD SPEAKS FOR ITSELF ACTIONS HAVE ALREADY OCCURRED ON APPLICATION OF "RIPENESS" UNDER THE COLOR OF STATE LAW DEFIANCE OF THE BANKRUPCY LAW "THE RULES EVIDENCE" INVOLVE ABUSE OF POWER REVIVAL OF A WIPED OUT PROMISORRY NOTE FOR ATTACHMENT TO A LAPSED **MORTAGE CREATES AN ILLUSINARY OBLIGATION** ASERTED TAX LIEN FORCLSOURE REM DE TERRIS, UPON ORDER FOR JUDGEMENT EXECUTION SHERIFF LEVY DEBT COLLECTION AND EJECTMENT

COPY

Page 1 of 25

**AND NOW,** Pro Se Plaintiff enters SECOND amended complaint written appearance on application of law as stated on AMENDED coversheet in accordance with the Order of the court 2/24/2025 [**Document 69**] timely mailed USPS prior to 3/18/2025.  The Supreme Court established a two-part test for assessing RIPENESS challenges to federal regulations, considering the hardship to the parties of withholding court consideration and whether the issues and record are fit for judicial review.  **Related Terms:** Justiciability is a related term, referring to whether a subject matter is suitable for adjudication and Mootness refers to whether a case has become moot or no longer relevant.

## STATEMENT OF THE CASE

### "A DEBT COLLECTOR LAW FIRM REPRESENTS THE PLAINTIFF M&T BANK CLAIM THEY ARE ATTEMPTING TO COLLECT A DEBT OWED BY JOANNE M. ROMAN AND ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLETING THE DEBT"

Over a period, from year 2017 to current date involved concurrent string or wrongful actions that occurred that beginning with date 8/16/2017 when a promissory note was purchased by M&T Bank (no notice given to owner) in accordance with RESPA TRID transferred an escrow account without the authorization of the owner Joanne Roman who took possession of a property 8/8/2017 of which a General Warranty Deed was conveyed 7/26/2017 from EVANS to ROMAN.  A Promissory note [un notarized document] and Mortgage [notarized document] was created same date 8/8/2017 signed by Joanne Roman and Liberty Mortgage Corporation.  The mortgage was paid for in cash and registered into the Mortgage Electronic Registration System (MERS), Inc.  8/16/2017 the promissory note was sold to M&T Bank from Liberty Mortgage Corporation (for unknow sum) wire transfer into a private bank account by the name of Marty Eisert in Erie Pa.  The note was registered into MERS, but the note was not held in MERS it was held in possession of the M&T Bank verified by M&T Bank "Cam Support" verified holds original documents dated 4/01/2022.  Discovery was not made by Joanne Roman until November 2021, after requesting the MERS Milestone Report.  The original complaint and amended #1 complaint explain in detail.  9/1/2017 Joanne Roman received original General Warranty Deed with stickers and blue ink signatures and Guaranteed land Title original signatures backed by $189,900 insurance policy vested in Joanne Roman named as sole beneficiary, sole proprietorship under cover letter from Liberty Mortgage Corporation attorney Vendetti & Vendetti.

September 2020, Joanne Roman wrote M&T Bank requested forbearance and payoff letter received 10/21/2020 good through 12/31/2021.  Joanne Roman was placed on unemployment 11/1/2020 by her Federal employer U.S. Office of Personnel Management.  10/31/2020 Joanne Roman place house on market for sale $209,900.  Berkshire Hathaway Relator suggested I vacate the property for quick sale so new owner could take immediate possession.  Joanne Roman packed up all except what agreed appliances

and window covering to stay to be sold with house. 11/1/2020 Joanne Roman and her family stated in a hotel room drove to Pittsburgh 11/2/2020 flew to Puerto Rico. Approximately 11/6/2020, the relator contacted Joanne Roman by phone stated there is an offer on the table "seems to be solid" being written they are signing 11/8/2020, sending DocuSign 11/9/2020 and you need to sign by 11/10/2020. Contacted to sign allow parents to walk through with home inspector 11/8/2020 buyers are out of town. Consented. 11/18/2020 realtor text me a picture of a sign posted on door. House to be locked if not contacted in 3 days call number. I called number for 3 days (no response). 11/18/2020 House received water damage basement not cleaned up "winterization" disturbed not restore to way found before inspection. 11/19/2020 received email from buyer's agent want released from contract. I refused to sign because the breach contract cancelled more than 10 days and requested $2000 hand deposit to relator for clean-up water in basement restore the winterization. Denied. 12/4/2020 house was broken into back door damaged, locks changed and locked out Joanne Roman, who purchased tickets in March to return incase house did not sell. Due to COVID lockdown on island in Puerto Rico was unable to leave as planned the flights were rescheduled and regulated by air lines finally 7/22/2021 received notice confirmed for departure.

Joanne Roman filed voluntary bankruptcy to get her house and federal job back to receive the benefit of the law and a fresh start. Contacted an attorney during February 2021 after receiving lump sum back pay for unemployment [11/1/2020 to 2/22/2021]. Applied for reinstatement off unemployment 3/5/2021 to federal employer. Received conformation supervisor was willing to reinstate, and the process began. It is a mandatory "contingency of employment to file bankruptcy" since the mortgage was a HUD FHA federally backed asset stole from me by the bank upon discovery 11/27/2021 reviewing deed records there was an assignment of mortgage recorded without consideration 4/9/2021 by M&T Bank, who did not make any appearance in person or written objection to discharge at the 5/3/2021 341 Meeting of the Creditors. Evidence supports reasonable cause for lock out since they would not be able to be paid by the sale "they only purchased the note" and MERS Milestone report identified the note was discharged 4/6/2021 and assignment of corporate mortgage was created and recorded 4/9/2021. Joanne Roman complained of a fraudulent transfer from MERS does not transfer the Note "it was wiped out in bankruptcy" M&T Bank named as unsecured and unknown creditor on debtor discharge order" that M&T Bank was deemed by U.S. Trustee as not holding a perfect lien, not priority in preference of an unsecured debt. Bankruptcy attorney stated the U.S. Trustee disposed the entire estate "as exempted" personal property back to debtor in possession and control. I was granted authorization to return to the house and asked what date I could take possession (still in Puerto Rico) on 5/3/2021 after conclusion of the 341 meeting of creditors. I stated 7/22/2021. On 7/22/2021 I arrived at property and was on the porch when the Butler Police Office pulled in driveway asked who I was. I stated I am the owner of the property. I was holding my deed and title in hand and asked if he wants to see it. He backed out of the driveway. July 2021, I contacted

the Butler PA HUD Counsel to get assistance to medicate for me with M&T Bank to get a modification application since I was "i.e., still believe" in a forbearance until 10/16/2021. However, never receive any written contract agreement to review and sign naming terms etc. I felt it was my obligation to continue to try in good faith effort to work out a plan until 10/16/2021. I was never told, I was obligated. A few weeks later that is when harassment began and has not stopped to current date. I chased away weekly, people knocking on doors "investors", grass cutting companies trying to cut grass. "Posted no trespassing and private property signs". I have made all the repairs myself to the property to make it livable. I have paid all closing costs, taxes, recording fees, utilities from Puerto Rico for sewar even though I shut the water off 10/31/2020 and winterized the property. I put the garbage collection on suspension. I paid all the back utilities owed to water, gas, electric even though they were on my bankruptcy order. I restored the ground and pool. Pulled all wet moldy carpets from basement, bleached, dried and painted and much more. All property taxes are paid current by Joanne Roman 2017 to current year 2025.

Joanne Roman, complained the District Court has dismissed my case two times in appropriately not address the straightforward question without an enforceable note dated same date there is no perfected lien of the mortgage. It takes both the note and the mortgage together to create a security interest and a valid contract to create and obligation to pay. Consideration is a promise, performance, or forbearance bargained by a promisor in exchange for their promise. Consideration is the main element of a contract. Without consideration by both parties, a contract cannot be enforceable on personal obligation.

**Definition "Dual tracking"** in the context of mortgages refers to a mortgage servicer pursuing foreclosure while simultaneously leading the borrower to believe was on forbearance effective 10/1/2020 refused to extend upon request 2/5/2021 without any written agreement would consider offer of an application for a loan modification or other loss mitigation options, a practice now largely restricted by federal and some state laws. Joanne M. Roman contacted FAHA HUD Corporate Office reported the situation. FAHA HUD mandated M&T Bank to extend the forbearance to 10/16/2021. This was only done by email contact response to FAHA HUD without any agreement reduced to writing upon multiple requests in writing from Joanne M. Roman to send a loss mitigation application. However, a note and mortgage were received 12/15/2021 demanding sign notarize and return by 12/30/2021 after bankruptcy case closed and after the illusionary forbearance ended. Joanne Roman did not comply; she no longer had a bankruptcy attorney to review and assist and was on to her fresh start and in good faith believed she has already exhausted all her options and no longer felt was legally obligated. No consideration was given offer of reaffirmation during the bankruptcy case. Evidenced in the Buter Pa Deed Records, Joanne M. Roman as it reflects the record 4/9/2021 Corporate Assignment of Mortgage "no consideration given" during bankruptcy proceeding. Interference by M&T Bank verified by paid non-judicial invoice dated 12/4/20 change locks assistance of municipality attorney Dillon McCandless, Coulter, King and Graham LLC,

closing 7/26/2017 conveyed to Joanne M. Roman for full payment sum of $189,900 case sale. The Deed was fraudulent conveyed in 2017 later discovered November 2024 reviewing Butler Pa, deed records Barbara Jean Evans, took out a $140,000 equity loan against property May 2017 while on market for sale [not disclosure] given to Joanne M. Roman from Evans who had already receive $198,898.30 cash to close7/26/2017 [see closing disclose] 6/7/2017 application. ROMAN 8/8/2017. Deed records show 8/11/2017 Citizens Bank released lien paid in full. Joanne Roman recorded her Deed 8/9/2017. Roman has paid all property tax, hazard insurance on property, paid all utilities (sewar, garbage, water, gas and electric) out of pocket-maintained property from date of purchase to current date. 2022 M&B caused Joanne Roman Hazzard insurance to laps after she paid premium in full upon due date to renew. M&T Bank forwarded funds from escrow account that no longer existed in year 2022 (after bankruptcy discharge of closed case) distribution of the entire estate was given back to debtor in possession and control by U.S. Trustee due to fraudulent transfer 12/4/2020 marshalled back the property into the estate, no hearing held in bankruptcy case no lien existed against property, no legal issue to resolve the discharge entered case was closed.

**11/19/2021** the Buyers bailed breached the contract and refused to release the $2,000 hand deposit after contingent period 10 days from contract signature date 11/8/2020. Damage occurred to the property during their inspection **11/18/2020**. The property was winterized 10/30/2021 by owner and the property was not put back in condition found after inspection. Under contract was agreed that I would vacate since buyer wanted to take immediate possession prior to closing authorized the disturbance of the winterization of property. However, due to posting property (pre-foreclosure) **12/4/2020** lock out stopped sale after receipt of **10/21/2020** pay off house soled **11/8/2020,** $209,900 to pay off debt in full inclusive of $30,000 excess payment due to owner. No assignment of mortgage recorded indeed records butler pay. A forbearance agreement typically outlines the terms of the temporary payment plan, including the duration of the forbearance period, any required payments, and the conditions under which the agreement can be terminated. Multiple attempts were made to get an application for modification. Joanne Roman filed petition for voluntary bankruptcy **3/22/2021** the house back and her federal job back seeking the benefit of the law. Discharge, **4/6/2021 out of MERS "promissory note"** recorded assignment of mortgage **4/9/2021** during 30-day "automatic stay" without any legal notice or consent by agreement with an authentic signature.

**AD-2022-10337 Appearance State Case a Law 5/13/2022** was filed named Joanne M. Roman the defendant for a REM mortgage foreclosure filed outside arbitration limits for a COVID 19 emergency order that expired **4/20/2020** the wrongful mortgage foreclosure [9m-15d] after discharge order **7/7/2021.** **6/3/2020** Answer in written appearance inclusive for with motion for dismal based on permanent injunction of discharge in effect creditor is on discharge order or transfer the case to the Pennsylvania Federal District Court of Western Pennsylvanian in Pittsburgh Pa where the case is house closed and sealed effected

7/28/2021. **6/21/2022** Judge ordered oral argument **7/26/2022,** no appearance in person or written by M&T Bank or KML Law Group attorney Michael McKeever.  Judge Order **8/2/2022** Motion to dismiss denied. **3/20/2023** Federal Notice recorded and serviced by USPS mail by Joanne M. Roman, lawsuit by Subpoena filed district court **2/27/2023** opened case 2:23-cv-00308-WHS requested adversary proceeding [motion reopen case denied "moot"].  Dismissed **12/7/2023** Amend by **1/8/2024 due to Ripeness of Judgment changed to 42 USC 1983. 4/24/2023** M&T Bank attorney motioned for summary judgment.  Judge order **4/23/2023** for Oral argument scheduled **6/21/2023.**  Joanne Roman Answered **5/24/2023** written appearance with counter motion for Judge to compel the plaintiff's attorney to answer question "How judgment obtained is not voided by Bankruptcy Law 11 U.S.C. 524 – Effect of Discharge "in junction in effect"?  First page of notice stated notice to the judge acknowledge in court was in front of him.  Joanne Roman appeared in person **6/21/2023** to oral argument received no justice to be heard under fair and just treatment; requested transcripts for the two oral argument hearings recorded copies in the electronic record. **8/14/2023** Praecipe for Judgment and Judgment for premises was recorded same date without any hearing held new case created Court Procedure **CP 2023-21203.**

Ripeness occurred, result unlawfully actions in State Court without any hearing held on summary judgment "ignorant" of non-allowance to redress under 14th amendment civil right of due process and 1st amendment self-representation.  Ex-Par-Te decision 231 Pa Chapter 3000, Subchapter B Revival of Statutory Judgment Liens that never pre-existed bankruptcy case and allow execution by the State Butler PA Sheriff to Levey the property "sell for debt collection".  Evidence, in the electronic record, M&T Bank appeared on the order of discharge".  The purpose of the revival of the personal obligation to pay the note dated **8/7/2017** [years 2017 to 2021].  The court allowed the unlawful acts to create an attachment to the mortgage recorded in the Butler land deed records 5 years lapsed without any attachment of a finance statement, agreement of reaffirmation during the bankruptcy case **5/3/2021** M&T Bank did not make any in person appearance or written appearance motion filed objecting to discharge of the debt; which notice was verified by M&T Bank received **3/25/2021** in written letter to Joanne M. Roman.  Under color of state law continued **7/13/2022** order under memorandum of opinion "foreclosure' from motion for summary judgment filed **4/24/2022.  7/13/2023** Injury continued upon many requests for a hearing in written answer to motion for judgment ignored not addressed written upon personal appeared at oral argument with question raised how the judgment is not voided by **11 U.S.C 524 Effect of Injunction.** Judge did not compel the Plaintiff Attorney to answer the question or enforce the bankruptcy law permanent injection. **Judgment CP-2023-21203 recorded 8/14/23** A judgment in monetary for premises value $214,149.89 was placed on FMV for premises (without a hearing held). **10/2/2023** filed a Relief in Counter Bond court statute state [the sheriff must vacate].  To no avail, **10/23/2023** Joanne M. Roman filed written Answer Objecting requesting an immediate hearing to determine obligation to pay, knowing has not gave up right to be heard under 14th

Amendment due process of law rights to redress, which also asked the Judge to enforce the bankruptcy law injunction, strike the judgment and stop sheriff sale and debt collection and referenced notice of motion has not been disputed, compel the plaintiff attorney to answer the question law of evidence 11 USC 524. This Petition also was denied by the judge. **ED 2023-30130** case created for interpleader Sheriff by writ of execution **8/14/2023**. Seizure of premises **9/30/2023**. Posted copy to house. Much harassment by Sheriff department documented in electronic record. For every action received from court an Answer from Joanne M. Roman was made in written appearance and ever argument scheduled Joanne M. Roman made personal appearance. However, was not given any fair and just treatment for opportunity to redress the material facts there is a dispute over the title and deed to the property and rights of possession and interest (after the bankruptcy case has been closed). The state court Article III does not have subject matter jurisdiction to change the disposition deem obligated under contract to pay since the case is closed under Article 1 bankruptcy law sealed and house in a separate court system. **Motion and Order 5/7/2024 sale rescheduled 9/20/2024** for Sheriff Sale for Sheriff Sale 11/17/2023; advertised 10/30/2023. Postponed four times no consent from Joanne M. Roman (three different Judge signing orders throughout the cases created. **10/2/2024** Sheriff Return. **10/21/2024** Joanne Roman filed Object to Sheriff Return 3rd party interpleader has no standing to sell the premiums to pay a debt not owed to M&T Bank. 11/14/2023 Plaintiff Motion to Reform Mortgage. Order **11/20/2024** issue **Nunc-Pro-Tunc** granted reform mortgage. **Joanne Roman Answered to 11/20/2024 order object the Supreme Court held received Nunc-Pro-Tunc orders are not authorized use in bankruptcy Lexington.** Joanne Roman received no recognition to redress filed an Appeal to REV 183 form to PA Department of Revenue Board PA REV form 65 11/25/2024. Received Response back 1/26/2025 the state court does not have standing on the merits of my case and closed the case. AOPC 12/16/2024 state case AD-2022-10337 disposition of the Mortgage Foreclosure – dispositive motions. 11/20/2024 ORDER Mortgage given to MERS 8/8/2017 Reformed, The 9/2/2024 Sheriff Sale Confirmed, the 10/2/2024 confirmed legal description of partial for property deed transferred 10/9/2024 naming M&T Bank new owner of Partial # 056-19-B31 102 Artlee Avenue Butler PA 16001 was recorded at ED-2023-30130, Sheriff Deed issued. CP-2023-21203 and AD-2022-10337. **Joanne Roman complained it's all FRAUD, "ULTRA VIRUS" the state court illegally created the whole illusionary process to make M&T Bank the owner of the property just so they could create the AD-2024-10991 Ejectment case 10/30/2024 creating the illusion that Joanne M. Roman is now a "squatter" in the property now owned by M&T Bank. Joanne Roman complained, the amount $1,400.08 paid to the Butler Sheriff does not give value to Joanne Roman, the property is protected under Bankruptcy Law as homestead primary residence under "federal exempted" 11 U.S.C. § 522, which Joanne Roman filed her amended 1040X timely to IRS who finally replied received 3/7/2025 and paid the 2020 federal tac refund plus interest check received 3/15/2025 "federally exempted" 11 U.S.C. § 522.**

## CONCLUSION OF THE CASE

**THE ENTIRE ARGUMENT BY PLAINTIFF JOANNE M. ROMAN:** The court should have forward to Federal District Court Western Pennsylvania for "Adversary Proceedings" pursuant written response from Pa Attorney General letter received 1/22/2022 from Consumer Protection Bureau in response to a consumer complaint filed by Joanne M. Roman in December 2021 regarding M&T Bank 12/4/2020 lock-out of property caused an unjust enrichment stopped the closing of 12/28/2020 private real estate contract between owner and buyer in which the FHA-HUD mortgage would have been paid in full. The district court has original jurisdiction over the bankruptcy proceedings **28 U.S. Code § 158 – (a)**The district courts of the United States shall have jurisdiction to hear appeals **(1)** from final judgments, orders, and decrees; **(2)** from interlocutory orders and decrees issued under section 1121(d) of title 11 increasing or reducing the time periods referred to in section 1121 of such title; and **(3)** with leave of the court, from other interlocutory orders and decrees; of bankruptcy judges entered in cases and proceedings referred to the bankruptcy judges under section 157 of this title. An appeal under this subsection shall be taken only to the district court for the judicial district in which the bankruptcy judge is serving. **Appeals and 28 U.S. Code § 157(a)** Each district court may provide that any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 shall be referred to the bankruptcy judges for the district.

**FEDERAL QUESTION 1:** Reference: Supreme Court of the United States case Kenneth Taggart, Petitioner v. Wells Fargo Bank, N.A., et al., Respondents on Petition for "A Writ of Certiorari" The United States Court of Appeals for the 3rd Circuit. In dismissing the Petitioner's claim, the District Court of Western Pa has ignored the straightforward language of **Carpenter v. Longan, 83 U.S. 271 (1872),** which renders the practice of separating the mortgage and note improper. The Petitioner asserts the mortgage and note were split, or bifurcated by the purported originating lender, Liberty Mortgage Corporation. M&T Bank held the note, while the mortgage clearly nominates Mortgage Electronic Registration Systems, Inc. as the nominee for Liberty Mortgage Corporation. The use of nominees, or third parties to hold, or record a mortgage, when the mortgagee retains possession of the note, splits the mortgage and note and conflicts with the court's decision in Longan. The issue of national importance as it is common practice in the lending community and it bifurcates the note and mortgage which has been deemed impermissible by way of longstanding and well-settled law of the Supreme Court.

> **The note and mortgage are inseparable; the former as essential, the latter as an incident. As assignment of the note carries the mortgage with it, which an assignment of the latter alone is a nullity.**

For reasons set forth within this petition the Petitioner was denied via the District Court's Order 2/24/2025 granting all defendants motion to dismiss 12(B)(6). The ability to litigate this issue when determining the merits of substantive claims relating to ownership and validity of security interest in real property.

**FEDERAL QUESTION 2:** On the "merits" creditors including the U.S. Trustee, IRS, municipality and Banks can only be considered a secured creditor in a Pennsylvania of a debtor's Chapter 7 bankruptcy, application of Bankruptcy Law and Uniform Commercial Code, Article 9, Priority and Preference "upon examination of documents" by the assigned U.S. Trustee would have to satisfy exclusive they hold enforcement security interest if two documents "together" recorded timely under Pennsylvania's statutes and recording process they must also satisfy compliance the (MERS) tracking system known as **Mortgage Electronic Registration System (MERS)** an compliance with they cannot not transfer the "promissory note" on "assignment of mortgage" discharged out of (MERS) must be currently held together dated the same date with authenticated signatures and not "bifurcated". If separated is there an enforceable statute lien against the debtor's property for unpaid taxes or other debts if no order existed for judgment prior to the debtor filing a Chapter 7 a petition for relief? **Bankruptcy Code:** Mortgage Securitization and Foreclose Fraud: **(In re Agard, 444 B.R. 231, 248 (Bankr. E.D.N.Y.) was adopted and extend in (Bank of New York v. Silverberg, 86 AD3rd 274, Appellate Division of the Supreme Court New York, June 7, 2011). Court held that the transfer of mortgage via the MERS system was invalid. "Summation":** Supreme Court held it is void, to discharge liens mortgage assignment from MERS reference inclusive The court did not accept the argument to the on "summation" of "well established Bankruptcy law" as result, even if a bank is able to prove legal title to the note, the courts have refused to grant a judgment of foreclosure if the bank acquired its mortgage through MERS. The courts noted—the rules should not be "bent to accommodate a system that has taken on a life of its own. MERS and its partners... a privately held company owned by a consortium of the banks that operate an electronic registry designated to track servicing rights and ownership of mortgage loans in the United States. The law must not yield to expectancy and the convenience of the lending institutions. written by the author independent economist and financial consultant an expert witness in the case.

**FEDERAL QUESTION 3:** "Merit", what say the Black letter of law for the following? Bankruptcy Law and the Uniform Commercial Code support "rules of evidence", the U.S. Trustee's final report is no assets for the creditors does this "exclude" the municipality an allowable claim in debt adjustment", to file a claim during the automatic stay of the debtor without notice given for redress on the merits and later in a separate court system allow debt collection "post-closure" of the case during the permanent stay injunction a creditor on discharge order to file a separate lawsuit mortgage foreclosure and levy debt collect by Sheriff if the creditor appears on the debtor's order of discharge under bankruptcy law. A lawsuit was filed [5/13/2022] **10 months and 6 days** post-closure of the debtor's Chapter 7, bankruptcy case after discharge order issued

[7/7/2021] and the debtor filed a voluntary case, reason for filing bankruptcy was to receive the benefit of the law to get her house and federal job back [result of a 12/4/2020 lock-out occurred illegal seizure of property] involving the municipality allowing the banks averse possession action without first being heard by a judge or court occurred after the debtor's bankruptcy case has been closed and sealed [7/28/2021] housed in a different court system of the Western District of Federal Bankruptcy Court?

## BANKRUPCY LAW LEGAL REFERENCE

1.  **DECLARATORY RELIEF:** The Declaratory Judgment Act is a federal statute that authorizes relief. The Plaintiff is seeking relief must show that there is an actual controversy within its "jurisdiction" **28 U.S.C. § 2201(a).** Upon filing an appropriate pleading, the court "may" issue an individual seeking interpretation on a specific determination of their rights and surrounding circumstance regarding a contract or insurance coverage under a specific policy giving rights under original documents held in guaranteed land title and of a General Warranty Deed seek a judgment stating the rights of the parties before the parties can bring a coercive lawsuit. Therefore, a federal court has discretion whether to exercise jurisdiction over a declaratory judgment action. In analyzing whether to exercise jurisdiction the court must determine at the outset whether the court has jurisdiction under **Article III, Sec. 2** by evaluating whether the complaint alleges an actual controversy. Plaintiff believes under bankruptcy law her discharge order in effect 11 USC 524 title **(1)** voids any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the debtor with respect to any debt discharged under section 727, of this title, whether or not discharge of such debt is waived it **(2)** operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; and **(3)** operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of the debtor of the kind specified in section 541(a)(2) of this title that is acquired after the commencement of the case, on account of any allowable community claim, except a community claim that is excepted from discharge under section 523, 1192, 1228(a)(1), or 1328(a)(1), or that would be so excepted, determined in accordance with the provisions of sections 523(c) and 523(d) of this title, in a case concerning the debtor's spouse commenced on the date of the filing of the petition in the case concerning the debtor, whether or not discharge of the debt based on such community claim is waived.

2.  **FEDRAL BANKRUPCY LAW 11 U.S. CODE § 350 CLOSING AND REOPENING CASES: (a)** After an estate is fully administered, and the court has discharged the trustee, the court shall close the case. **(b)** A case may be reopened in the court in which such case was closed to administer assets, to accord relief to

the debtor, or for other cause. The Plaintiff filed a motion original complaint for this action, was denied as moot, the case was dismissed.

3.  **FEDRAL BANKRUPCY LAW 11 11 U.S. CODE § 524 – EFFECT OF DISCHARGE: (a)**A discharge in a case under this title— **(1)** voids any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the debtor with respect to any debt discharged under section 727of this title, whether or not discharge of such debt is waived; **(2)** operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; and **(3)** operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of the debtor of the kind specified in section 541(a)(2) of this title that is acquired after the commencement of the case, on account of any allowable community claim, except a community claim that is excepted from discharge under section 523, 1192, 1228(a)(1), or 1328(a)(1), or that would be so excepted, determined in accordance with the provisions of sections 523(c) and 523(d) of this title, in a case concerning the debtor's spouse commenced on the date of the filing of the petition in the case concerning the debtor, whether or not discharge of the debt based on such community claim is waived.

4.  **FEDERAL BANKRUPTCY LAW 11 U.S. CODE § 522:** –Exemptions **(a)**In this section **(1)** "dependent" includes spouse, whether or not actually dependent; and **(2)** "value" means fair market value as of the date of the filing of the petition or, with respect to property that becomes property of the estate after such date, as of the date such property becomes property of the estate.

5.  **FEDERAL BANKRUPTCY LAW 11 U.S. CODE § 544:** - Trustee as lien creditor and as successor to certain creditors and purchasers **(a)** The trustee shall have, as of the commencement of the case, and without regard to any knowledge of the trustee or of any creditor, the rights and powers of, or may avoid any transfer of property of the debtor or any obligation incurred by the debtor that is voidable by— **(1)** a creditor that extends credit to the debtor at the time of the commencement of the case, and that obtains, at such time and with respect to such credit, a judicial lien on all property on which a creditor on a simple contract could have obtained such a judicial lien, whether or not such a creditor exists; **(2)** a creditor that extends credit to the debtor at the time of the commencement of the case, and obtains, at such time and with respect to such credit, an execution against the debtor that is returned unsatisfied at such time, whether or not such a creditor exists; or **(3)** a bona fide purchaser of real property, other than fixtures, from the debtor, against whom applicable law permits such transfer to be perfected, that obtains the status of a bona fide purchaser and has perfected such transfer at the time of the commencement of the case,

whether or not such a purchaser exists. **(b)(1)** Except as provided in paragraph (2), the trustee may avoid any transfer of an interest of the debtor in property or any obligation incurred by the debtor that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under section 502 of this title or that is not allowable only under section 502(e) of this title. (a) A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest, including a creditor of a general partner in a partnership that **is a debtor in a case under chapter 7 of this title, objects. MATERIAL FACTS:** Bankruptcy law in the United States is governed by federal law, specifically **Title 11 of the United States Code (U.S.C.), which is authorized by Article I, Section 8 of the Constitution**. In court, "**merits of the case**" refers to the substantive issues and evidence presented, rather than procedural or technical matters, that determine the outcome of a legal dispute. The phrase **"on the merits" refers to a case whose decision rests upon the law** as it is applied to particular-evidence and facts presented in the case. This is in opposition to cases whose decisions rest upon procedural grounds.

6.  **LEGAL BASIS: Substantive vs. Procedural:** "Merits" focuses on the core arguments and facts of a case, while procedural matters involve the rules and processes of the legal system. **Decision Based on Facts and Law:** A court decides a case "on the merits" when it bases its judgment on the evidence presented and the applicable law, rather than on technicalities or procedural problems. **Finality of Decisions on Merits:** A decision on the merits is considered final and binding, meaning the parties cannot raise the same claims again in a subsequent case. A court deciding a case based on whether a contract was breached, or whether a defendant committed a crime, is deciding on the merits. **EXAMPLES ARE: Contrast with Procedural Matters:** A court dismissing a case for lack of proper service of process is not deciding on the merits, but rather on a procedural issue. **"On the Merits" vs. "Without Prejudice":** A decision **"on the merits"** is final, whereas dismissal **"Without-Prejudice"** allows the case to be refiled later. **Concurrent Action,** in various contexts, refers to actions or events which happen simultaneously or at the same time, rather than sequentially. **Physics:** Concurrent forces are that the act are at the same point, allowing for simpler analysis of their combined effect. **Contract Law:** Relevance of a condition concurrent in a contract "legally exists" **means to determine applicability of two parties must have mutually agreed "exists" or "does not exist" is dependent on obligations "of all written" and compliance of law must present evidence of a current "relationship"** of an open agreement exists between the parties and must be presented on notarized document with authentic signatures must be performed at the same time for examining against the **"merits"** of the actions of both parties already occurred is legal basis of the of the **"subject matter" and applicable law. Chattel paper:** are legal documents that combines a monetary obligation (like a loan or lease payment) with a security interest in specific goods or a lease of those goods, used in secured transactions to finance the purchase or lease of

personal property. Evidenced by an open agreement, or open contract, is an agreement between two or more parties that does not have a specific end date. The contract continues as-long-as-both parties are satisfied.

7. **DETAILED BREAKDOWN OF CONSTITUTIONAL BASIS:**

A. **Constitutional Basis: Article I, Section 8, Clause 4 of the U.S. Constitution** grants Congress the power "PURSE to establish... uniform Laws on the subject of/Bankruptcies throughout the United States". **Federal Law:** This constitutional authority leads to the enactment of federal bankruptcy law, commonly known as the "Bankruptcy Code". **Codification:** The Bankruptcy Code is codified in Title 11 of the U.S. Code. **Bankruptcy Code Chapters: Title 11** is further divided into chapters, each addressing different types of bankruptcy proceedings, such as **Chapter 7 (liquidation) specified by law** "the debtor" receives distribution of the federally exempted estate "application of petition" legal basis examining the final report of the U.S. Trustee "no assets were available for the creditors" any part of the bankruptcy estate not distributed under a plan is distributed back to the debtor-in-possession "in accordance with substantive law of the state". If a debtor is not able to be reclassed to **Chapter 13 (individual debt adjustment).** Material Facts, determinability by the court could be due to "insolvency" and the bankruptcy estate determinability under the bankruptcy law on "merits of the case".

B. **Municipalities as Creditors:** A creditor is an individual or entity to whom a debt is owed, like any other entity, municipalities can hold debts owed to them by individuals or businesses, such as property taxes, utility bills, or other fees as a **Secured Creditor-only.** If a municipality has a "legal" lien on the debtor's property (e.g., for unpaid property taxes), before the debtor files bankruptcy petition, they become a secured creditor. **In Chapter 7 Bankruptcy, the debtor's assets are liquidated,** and the proceeds are distributed to creditors according to the priority established by the Bankruptcy Code. **The Municipality's Role,** as a creditor, would be entitled to receive payment from the proceeds of the debtor's assets, up to the amount of the debt owed. **The Impact of the Bankruptcy,** filing can affect the municipality's ability to collect the debt, as the bankruptcy process may delay or limit collection efforts. **Municipalities should respond to a bankruptcy petition by filing a proof of claim for the amount owed by "legal obligation".**

C. **Chapter 9 vs. Chapter 7:** Municipalities File for Bankruptcy protection under Chapter 9 which are political subdivisions or public agencies of a state and are not eligible to file Chapter 7 bankruptcy. Chapter 9 deals specifically with the restructuring of debts for municipalities, while Chapter 7 is for the liquidation of assets and discharge of debts for individuals and businesses.

**Why Municipalities Aren't Insiders: The Bankruptcy Code defines "insider" in a way that typically applies to individuals or entities with a close relationship to the debtor, not to government entities**

**like municipalities.** Pennsylvania law, specifically 53 Pa. Stat. § 11701.261, authorizes municipalities to apply to the state department to file a municipal debt adjustment action under the Bankruptcy Code.

8.  **U.S. BANKRUPCY TRUSTEE:** Conduct audits of any claims filed to determine "merits" of the bankruptcy law if a creditor is holding a secured or unsecured debt and the additional material facts on appearance **Federal Rules of Bankruptcy Procedures:** The Federal Rules of Bankruptcy Procedure govern the procedures for bankruptcy proceedings. **Bankruptcy Courts:** Are non-Article III courts. Bankruptcy Courts are Article I, Section 8, of the United States Constitution authorizes Congress to enact "uniform Laws on the subject of Bankruptcies." Under this grant of authority, Congress enacted the "Bankruptcy Code" in 1978. The United States Trustee Program is the component of the Department of Justice. Responsible for overseeing the administration of bankruptcy cases and private trustees under **28 U.S.C. § 586 and 11 U.S.C. § 101, et seq.  Department of Justice:** The U.S. Trustee Program is a litigating component of the Department of Justice, with the mission to promote the integrity and efficiency of the bankruptcy procedures. **Functions:** The U.S. Trustee appoints and supervises private trustees who collect and disburse funds to creditors in Chapters 7, 12, and 13 bankruptcy cases. **Role:** The U.S. Trustee Program is responsible for overseeing the administration of bankruptcy cases and private trustees, ensuring compliance with the Bankruptcy Code, and monitoring for fraud and abuse. **TRUSTTE'S ROLE:** In a Chapter 7 bankruptcy, if a trustee identifies no legal issues or judgments to resolve, the case typically proceeds with a "no asset" or "no distribution" report, meaning no assets are available for creditors, and the debtor's discharge is likely.  In a Chapter 7 bankruptcy, the trustee's primary role is to collect, liquidate, and distribute the debtor's non-exempt assets to creditors. **"No Asset" or "No Distribution" Report:** If, after investigating the debtor's assets and liabilities, the trustee finds no non-exempt property or assets to liquidate, they will file a "no asset" or "no distribution" report with the bankruptcy court. **Consequences of No Assets:** This means there will be no distribution of funds to creditors, and the bankruptcy case can be closed. **11 U.S.C. 350(a),** after an estate is fully administered and the court has discharged the trustee, the court shall close the case. **(b)** A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

9.  **DEBTOR'S DISCHARGE:** The debtor's discharge, which relieves them of most debts, is typically granted in such cases. **Exceptions:** while a "no asset" case is common, there are exceptions. For example, if the trustee identifies assets that can be liquidated, or if there are legal issues to resolve, the case may proceed differently. **CREDITORS RIGHTS:** Creditors may still have the right to object to the debtor's discharge or pursue other legal remedies outside the bankruptcy case. **TRUSTEE'S IMMUNITY:** A trustee is generally shielded from liability for actions taken within official capacity, as long as they act within the court's jurisdiction and under the court's supervision.

**10. CLAWBACK:** Both Pennsylvania state law and federal bankruptcy law have "clawback" periods, also known as look-back periods, that allow the bankruptcy trustees to recover certain payments or transfers made by a debtor before filing for bankruptcy. **Reference Official Bankruptcy Form 309A:** Notice of Chapter7 Bankruptcy Case Number: 21-20642-GLT dated 3/22/2021 Western District of Pennsylvania. — No Proof of Claim Filing Deadline Date: 7/2/2021. An order for relief has been entered. The order imposes and automatic stay against most collection activities. The debtor is seeking discharge. Creditors who assert that the debtor is not entitled to discharge and want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice (see line 9 for more information). Number 8. the presumption of abuse does NOT arise. **Material Fact** already appear in the written recorded produced by Joanne M. Roman filed her petition for bankruptcy **[3/22/2021]**; was represented by an attorney presented legal documentation he requested and prepared her petition showing she was insolvent effective **[11/1/2020 to 8/29/2021]** receiving both Federal and Pennsylvania unemployment. Until reinstated **[8/30/2021]** by her Federal Employer the U.S. Office of Personnel Management. M&T Bank is discharged creditor pursuing a post-closure-claim [unsecured debt] in state court well established to the court they appeared on the debtor's order under the bankruptcy law discharge of a closed case; did not file a timely claim to object to discharge "during the bankruptcy case" in accordance with date stated on **[3/22/2021]** on the Notice 341 meeting to creditors and did not file a timely appeal under the bankruptcy law which no hearing was held giving debtor "opportunity to redress" **MATERIAL FACTS**: "NO Notice" given to debtor for "redressability" of stand-alone an assignment of Mortgage recorded **[4/9/2021]** discharged out of the MERS system tracking database on **[4/6/2021]. The note was** separates from a mortgage 8/16/2017 per M&T Bank Cam support original document inventory and tracking **[NOTE]** dated **[4/1/2022]. CLAWBACK "LOOK-BACK" PERIOD:** Pennsylvania has a **"look-back" period of four years**, giving bankruptcy trustees ample time to undo or **"clawback"** a transaction considered a **"fraudulent conveyance".** Having to defend a transaction that occurred four years preceding a bankruptcy filing can cause stress to anyone. **The bankruptcy law "look back" period is two-years statute of limitations. In most cases, the "clawback" actions are brought by the bankruptcy trustee (or debtor in possession) on or shortly before the two-year anniversary of the filing of the debtor's bankruptcy petition to avoid having their claims barred by the two year "clawback" statute of limitations.** Under this rule, if a debtor made any payments to a creditor within 90 days before filing for bankruptcy, the creditor will generally be forced by the court to pay all the sums back into the debtor's bankruptcy estate. For preferential transfers, the trustee or debtor-in-possession can "claw back" payments made to non-insider creditors within 90 days before the bankruptcy filing date, provided the other elements of a preference are met.

**11. PREFERENCE CLAIMS:** ALL the following criteria must be true for a transfer to be subject to a preference claim. Specifically, it must have been made to or for the creditor's benefit for or on account of an antecedent debt owed by the debtor. **(Section 547(f) of the bankruptcy code provides that a "debtor is presumed to have been insolvent" on and during the 90 days immediately preceding the date of the filing of the petition.") Mathematical computation of Presumption Date here is: [1/22/2021]; and one year before the filing date if the creditor at the time of such a transfer was an insider such as a "bank" under the Federal Reserve covered by the Federal Deposit Insurance Corporation (FDIC) Insurance.**

**12. FEDERAL RESERVE & "Fannie Mae":** The Federal Reserve is the Central Bank for the United Stats of America and "Fannie Mae" is the long arm of the Federal Reserve. **Fannie Mae is a private company that is owned by shareholders but** is also a government-sponsored enterprises (GSEs) that play a major role in the mortgage market. There is issued guidance that buyer agent commissions are not considered financing concessions and are excluded from the IPC limits. **Fannie Mae is regulated by the Federal Housing Finance Agency (FHFA) and the Department of Housing and Urban Development (HUD).** The President of the United States appoints five of the 18 members of Fannie Mae's Board of Directors. **Fannie Mae's mission** is to help make homeownership more accessible and affordable homes and does this by providing funds to banks, credit unions, and mortgage companies that finance home purchases. **KML Law Groups, P.C. owner is Michael McKeever,** is a "commissioner" for Fannie Mae who took an "Oath of Office" to uphold the Constitution of the United States of America; and has a direct relationship with the Law office of Dillon, McCandless, King, Coulter and Graham LLP @ Dmkcg in Butler Pennsylvania, is the Municipality attorneys who also took the same oath associated with FHFA (HUD) **[verified by deed records recorded in Butler Court house are in the case docket electronic record].**

**13. MATERAL FACTS OF THE WRITTEN RECORD:** The Law office of Dillon, McCandless, Coulter, King and Graham LLP @ Dmkcg. are the closing attorney for EVANS 7/26/2017 prepared and notarized ROMAN's General Warranty Deed transferred to ROMAN closing attorney Vendetti & Vendetti 8/8/2017, paid cash to EVANS attorney and prepared the Mortgage for Liberty Mortgage Corporation who registered only the Mortgage in MERS tracking system then separately sold the promissory note to M&T Bank 8/16/2017, received a wire transfer kickback payment of an unknow amount and to unknown named person "Marty Eisert" that was deposited into his private bank account in Erie PA. Joanne Roman discovered this information only by accident when she requested a copy of the mortgage and note and MERS Milestone report from M&T Bank November 2021 upon comparing the note and mortgage Joanne M. Roman requested 4/14/2022 and received from KML Law Group 7/13/2023. **Mathematical computation of Presumption Date is: [3/22/2020] involves any payments made.** In bankruptcy law, such that it allows the creditor to receive more than it would have received if the debtor had not made the payment, and the

claim was paid through the bankruptcy process instead. Most in creditors the crosshairs of a preference claim will first receive a **"demand letter" from the trustee** or debtor-in-possession claiming a payment constituted a preference and demanding repayment of the stated sum. At that point, the creditor can attempt to negotiate a settlement or convince the trustee or debtor they do not have a valid claim. **If negotiations do not resolve the matter, the trustee will likely commence a lawsuit to recover the claimed amounts in the bankruptcy proceeding.**

**14. DEFENSES TO PREFERENCE CLAIMS SECTION 547:** the first line of defense against preference Claims is disputing the payment, or transfer meets all the criteria outlined in Section 547.  But even transfers that check all the provision's boxes may still be protected from "clawback" efforts by the affirmative defenses listed in **Section 547(c).** The trustee may not avoid under this section a transfer **(1)** to the extent that such transfer was—**(A)** intended by the debtor and the creditor to or for whose benefit such transfer was made to be a contemporaneous exchange for new value given to the debtor...

**15. SECTION 547 (b)** the trustee may, based on reasonable due diligence in the circumstances of the case and, taking into account a party's known or reasonably knowable affirmative defenses under subsection (c), **avoid any transfer of an interest of the debtor in property— (1) to or for the benefit of a creditor.  Section 547 (i) If the trustee avoids under subsection (b)** a transfer made between 90 days and 1 year before the date of the filing of the petition, by the debtor to an entity that is not an insider for the benefit of a creditor that is an insider, **such transfer shall be considered to be avoided under this section only with respect to the "creditor" that is an insider.**

**16. IMPLIICATIONS OF INSIDER STATUS:** If a creditor, including a bank, is deemed an insider, transfers made to them are subject to a longer **"look-back" period** (one year) rather than the standard 90 days, and the **trustee must prove that the debtor was insolvent at the time of the transfer. [i.e., material fact date 12/4/2020 lock-out occurred before being heard by a judge or a court].** In bankruptcy, the statutory definition of an "insider" under **11 U.S.C. § 101(31)** depends on the debtor's corporate form, but generally includes relatives, general partners, directors, officers, and persons in control of the debtor, as well as their affiliates and insiders.

**17. DEFININTION OF AN INSIDER: (31)** The term "insider" includes— **(A) if the debtor is an Individual— (i)** relatives of the debtor or of a general partner of the debtor; **(ii)** partnership in which the debtor is a general partner; **(iii)** general partner of the debtor; or **(iv)** corporation of which the debtor is a director, officer, or person in control; **(B) if the debtor is a corporation— (i)** director of the debtor; **(ii)** officer of the debtor; **(iii)** person in control of the debtor; **(iv)** partnership in which the debtor is a general partner; **(v)** general partner of the debtor; or **(vi)** relative of a general partner, director, officer, or person in control of

the debtor; **(C) if the debtor is a partnership—** **(i)** general partner in the debtor; **(ii)** relative of a general partner in, general partner of, or person in control of the debtor; **(iii)** partnership in which the debtor is a general partner; **(iv)** general partner of the debtor; or **(v)** person in control of debtor; **(D) if the debtor is a municipality,** elected official of the debtor or relative of an elected official of the debtor; **(E)** affiliate, or insider of an affiliate as if such affiliate were the debtor; and **(F)** managing agent of the debtor.

**18. NON-STATUTORY INSIDER SITUATIONS:** While a bank is not typically considered an insider, "there are situations where a creditor, including a bank, could be deemed a "non-statutory insider" if the closeness of its relationship with the debtor is comparable to a "statutory insider" and the transaction is negotiated at less than arm's length. This could occur if a bank is involved in a situation where it has board representation or observation rights, or if it receives new equity interests/warrants in connection with a special-situations investment or distressed workout. **Implications of Insider Status:** If a creditor, including a bank, is deemed an insider, transfers made to them are subject to a longer "look-back" period (one year) rather than the standard 90 days, and the trustee must prove that the debtor was insolvent at the time of the transfer. **Focus on Control and Relationship:** the key factor in determining insider status is the nature of the relationship between the debtor and the creditor, particularly whether the creditor has some control over the debtor.

**19. Legal Definition:** "A Less-than-arms-length transaction" refers to a deal where one party can control the transaction or influence the other(s), unlike a transaction at "arm's length" where parties act independently and in their own self-interest potentially leading to terms that aren't fair or in the best interest of all parties involved. In some legal and tax contexts, less-than-arm's-length transactions may be subject to different rules or scrutiny than arm's-length transactions.

**20. FRAUD AND ABUSE SITUATIONS:** Chapter 7 bankruptcy, fraud and abuse **embezzling cash or assets is** Stealing property prior to 3 years will be marshalled into be part of the bankruptcy estate shown on schedules, are the official forms filed to start the bankruptcy. **Transferring assets:** selling property for less than its market value to family or friends to protect it from creditors. **Embezzling cash or assets:** stealing cash or assets that should be part of the bankruptcy estate. **Abusing the bankruptcy system:** making false statements or omissions engaging in improper prosecution or other actions. **"Bleedouts" in corporate bankruptcy** moving assets, customers, processes, and equipment to a new corporate entity to avoid creditors.

**21. CONTEMPT OF COURTS ORDER:** in a general sense, is a feeling of strong disapproval or disrespect, while in a legal context, it refers to willful disobedience or disrespect towards a court or its proceedings or insulting towards the court, judge, or other court personnel. **Types of Contempt:** Civil Contempt, often

involves failing to comply with a court order, and the primary goal is to compel compliance. Criminal Contempt: Involves actions that directly disrupt the court's proceedings or defy its authority, and the goal is to punish the offender.

**22. ABONDODED PROPERTY:** Pennsylvania's, property abandonment is determined by an owner relinquishing all rights, title, claim, and possession with no intention of reclaiming it, often involving actions like vacating the premises and removing most personal property or ceasing to maintain the property. **Intention to Abandon,** the General Principles of Abandonment requires an owner to intend to relinquish all rights, title, claim, and possession of the property, with no intention of reclaiming it or resuming ownership or possession. **Act or Omission,** this intention must be carried out through an act or omission that demonstrates the relinquishment of ownership. **Relinquishment of Rights,** abandonment means the owner has given up all further rights or ownership interest in the property.

**23. COURT OF APPEALS:** First, the Court of Appeal(s) could be an intermediate appellate court. In this instance, it would be any state or federal court that hears appeals from rulings and judgments of lower trial and appeals courts. Specifically, a "court of appeal(s)" is also a "court of record" within statute. This means that the court has "court of record" power to penalize lawyers for any duty violation, willful neglect, or disobedience of any lawful court order. An attorney's refusal or neglect to obey a court order from a court of appeal(s) is considered an act of contempt.

**24. REVERSAL:** Occurs when the decision of a court of appeal is that the judgment of a lower court was incorrect. The result of reversal is that the lower court which tried the case is instructed to vacate the original judgment and retry the case. **A "reversal" is a complete change or overturning of a previous decision, while a "nunc pro tunc" order is a court order that retroactively applies a decision to an earlier date,** essentially correcting a clerical error or oversight in the court record, meaning "now for then" in Latin; essentially, a reversal completely changes a decision while a nunc pro tunc order aims to fix a past decision to **reflect what should have been recorded at the time. However, "nunc pro tunc" cannot reverse a bankruptcy order of discharge. State court cannot reverse a federal bankruptcy discharge order after the case is closed;** only a federal bankruptcy court can revoke a discharge, and typically, this must be done within a specific timeframe after the discharge is granted, usually within one year of the discharge or the case closure date, depending on the grounds for revocation.

**25. COURT ROLE STRUCTURED:** In 1978, when Congress first enacted the Bankruptcy Code, it established a bankruptcy court for each judicial district (**as an "adjunct" to the district court**). Congress granted the bankruptcy court's jurisdiction over all bankruptcy cases and all civil proceedings that arose under the Bankruptcy Code or arose in or related to a bankruptcy case. Congress also granted bankruptcy

judges the power to hear and determine all matters within the bankruptcy courts' jurisdiction. Nevertheless, because the bankruptcy judges lacked (and still lack) the critical attributes of life-tenure, removal only by impeachment, and salary protection, **they were not (and are not) Article III judges.** In 1982, the Supreme Court held that the congressional grant of extensive Article III federal judicial powers to an independent court made up of non-Article III judges was unconstitutional. In 1984, Congress resolved this constitutional defect by modifying bankruptcy courts' jurisdiction. Under the current structure, the bankruptcy judges appointed in each federal judicial district constitute a "unit" of that district's federal district court. This "unit" is "known as" the bankruptcy court. In other words, the bankruptcy courts are administrative components of the district courts rather than freestanding federal courts. The jurisdictional statutes grant the district courts, rather than the bankruptcy courts, original and exclusive jurisdiction over all bankruptcy cases and original but not exclusive jurisdiction over all civil proceedings that arise under the Bankruptcy Code or arise in or relate to a bankruptcy case. **Congress has authorized each district court to refer all bankruptcy matters to the bankruptcy court for that district.** Each district court must, in fact, refer all bankruptcy matters to its bankruptcy court. In summary, bankruptcy courts are not Article I legislative courts. Rather, they are a part of the judicial branch. Indeed, they are a component (a "unit") of the district courts. At best, a bankruptcy court is a unique hybrid, an arm of an Article III court that serves only to determine matters that arise under or relate to a specific Article I statute. Simply stated, the bankruptcy court is an inextricable part of the district court itself.

**26. DISTRICT COURT:** can review a bankruptcy court's order de novo, meaning that the district court. Reviews the bankruptcy court's legal determinations without deference. **A debtor can file a motion with the court to reopen a bankruptcy case if a creditor tries to collect a discharged debt. The court can sanction the creditor for violating the discharge injunction. Proving a violation Bankruptcy Code Section 524(a) of the U.S. Bankruptcy Code prohibits creditors from collecting a prepetition debt against a discharged debtor or its property. To prove a claim of a discharge violation, a debtor must show that the creditor knew the discharge injunction was applicable and intended the actions that violated the injunction.** A district court has exclusive jurisdiction over bankruptcy cases. A district court also has original jurisdiction over civil proceedings that arise from or are related to a bankruptcy case. A district court can refer bankruptcy cases to the bankruptcy court. A district court can review a bankruptcy court's order as an appellate court. When reviewing a bankruptcy court's order, a district court reviews legal determinations de novo and factual determinations for clear error. **A discharge in bankruptcy is a permanent injunction that prohibits creditors from taking action to collect a discharged debt. If a creditor tries to collect on a discharged debt, the debtor can file a motion with the court to reopen the case.**

**27. Civil Rights in the United States Section 1983 (42 U.S.C.) § 1983:** The right to sue officials under Section 1983 of the federal constitution for deprivation of rights does not fall under the First Amendment; it encompasses a broader range of constitutional rights, including those protected by the First Amendment, but is not specifically limited to it; essentially, Section 1983 provides a legal mechanism to sue state actors for violating any federal constitutional right, not just those related to free speech or expression which are primarily protected by the First Amendment. **Section 1983:** This federal statute allows individuals to sue state government officials for depriving them of their federal constitutional rights, including those **related to free speech** (First Amendment), **due process** (Fifth and Fourteenth Amendments), and **equal protection (Fourteenth Amendment). "Under color of state law":** To bring a claim under Section 1983, the plaintiff must demonstrate that the defendant was acting under color of state law, meaning they were exercising power granted to them by a state government. **Not limited to First Amendment:** While a violation of free speech could be a basis for a Section 1983 claim, the statute is not limited to First Amendment rights. **Due Process** is a legal principle that requires fair treatment and adherence to established rules in legal proceedings. It applies to both civil and criminal matters. **Key elements of due process: Notice:** Individuals must be informed of their legal rights, obligations, and duties. **Right to a hearing:** Individuals must have the opportunity to present evidence and arguments before a tribunal. **Fairness:** Individuals must be treated fairly and impartially. The government must have a valid reason for treating people differently. The government's reason must be compelling for fundamental rights like race, religion, and voting and other rights. The Supreme Court has ruled that non-racial classifications that have a discriminatory effect are subject to the same scrutiny as racial classifications. The Supreme Court has recognized successful equal protection claims brought by individuals who allege they've been intentionally treated differently from others is a **deprivation of rights under color of law 42 U.S. Code § 1983** – Civil action for deprivation of rights makes it a federal crime that occurs when someone willfully violates another person of a right or privilege protected by the Constitutional or laws of the United States. **Title 18, U.S.C., Section 242 makes it illegal to deprive someone of their constitutional rights.** Equal Protection Clause was added to the Constitution in 1868 as part of the Fourteenth Amendment. **The Fourteenth Amendment was a response to how state law treated newly freed slaves. Constitutional protection:** The Fifth Amendment of the U.S. Constitution guarantees due process, and the Fourteenth Amendment **applies it to all states.** The Due Process Clause of the Fourteenth Amendment, **no state can deprive a person of life, liberty, or property without due process of law. Due process in Practice,** is a fundamental principle of fairness that protects both private and public rights. It is applied in many legal decisions that determine procedural and substantive rights. **Equal protection:** is the principle that the government must treat people equally in similar circumstances. It's a constitutional right guaranteed by the Fourteenth Amendment. Within the meaning of this statute acts under "Color of law" is a term that describes actions

that appear to be legal but actually violate someone's rights. Includes acts not only done by federal, state, or local official within their lawful authority, but also acts done beyond the bounds of that official's lawful authority. If the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties; meaning this statute includes law enforcement officials [such as Sheriff's], as well as [Judges] and others acting as public officials in the courts such as [lawyers]."Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State or Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both..."

**28. Ultra vires is a Latin phrase that means "beyond the powers" and violation of Oath taken to uphold the Constitution of the United States of America** describe an action that exceeds the legal authority of a company or other entity. Ultra vires plainly means an action by a company or its agent that exceeds the legal scope of its authority. **Intra vires:** The opposite of ultra vires, meaning "within the powers". **Valid:** An act that is intra vires or done under proper authority. An act that is ultra vires or done without legal authority. **Purpose:** The doctrine of ultra vires gives shareholders and courts a way to stop unauthorized expansion by a corporation. **Application:** The term ultra vires is used in a variety of contexts, including company law and government actions.

**29. De novo is a Latin term that means "anew," "from the beginning," or "afresh."** When a court hears a case "de novo," it is deciding the issues without reference to any legal conclusion or assumption made by the previous court to hear the case **MUST REVIEW the entire written records of the state court presented to the federal district court. Key points about "de novo" Legal context:** In law, "de novo" is often used when an appellate court reviews a lower court's decision, meaning they will re-examine the evidence and legal issues without giving significant deference to the lower court's ruling. **Example usage:** "The appeals court will hear the case 'de novo,' meaning they will review all aspects of the case as if it were being heard for the first time. **Ripeness:** a case challenging an ambiguous law that has never been applied may not be ripe for adjudication. Versus unambiguous law which is backed by case law rule held by the Supreme Court of the United States of America. Plaintiff seeks anticipatory relief, like enforcement of an injunction **Ripeness** is a legal doctrine that determines if a case is ready for adjudication **Courts consider if the case is purely legal.**

**Wherefore**, the petitioner complains about specific "controversy and disputes" property was exempted on her petition filed under subsection (b)(2) that she believes arose out of the bankruptcy case under federal law no hearing was held during the bankruptcy case because the court had no legal matters to resolve such as judgements or liens on property did not exist at the commencement of her case is not subject to a new action under the color of law state of Pennsylvanian of the same property in current day as separate actions which should have arose under the "the bankruptcy estate". The U.S. Trustee disposed back to the debtor-in-possession and control all exempted property after conclusion 5/3/2021 of the 341 meeting of the creditors. None of Joanne Roman creditor made an appearance. **11 U.S. Code § 350 -** Closing and Reopening cases **(a)** After an estate is fully administered and the court has discharged the trustee, the court shall close the case. **(b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause involves;** current day under color of state law "abuse of power" there can be no "mortgage foreclosure" and "Sheriff Sale" to collect a debt legally in personal obligation from Joanne M. Roman **11 U.S. Code § 524 - Effect of discharge (a)** A discharge in a case under this title—**(1)** voids any judgment at any time obtained, to the extent that such judgment is a **determination of the personal liability of the debtor with respect to any debt discharged under section 727** of this title, whether or not discharge of such debt is waived;**(2)** operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; and **(3)** operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of the debtor of the kind specified in section 541(a)(2) of this title that is acquired after the commencement of the case, on account of any allowable community claim, except a community claim that is excepted from discharge under section 523, 1192, 1228(a)(1), or 1328(a)(1), or that would be so excepted, determined in accordance with the provisions of sections 523(c) and 523(d) of this title, in a case concerning the debtor's spouse commenced on the date of the filing of the petition in the case concerning the debtor, whether or not discharge of the debt based on such community claim is waived. The look back to the bankruptcy petition voluntary filed 3/22/2021by the debtor was receive the benefit of the law "fresh start" to get her property back stole from her 12/4/2020 lock-out caused an unjust enrichment which required the debtor satisfy "conditions of employment" of her federal employer related to consumer credit reports "investigation" to become eligible for reinstatement which she believes the U.S. Bankruptcy Trustee prepared his final report **"no assets available for the creditors"** already performed under her bankruptcy case, "marshalling" of an equitable doctrine **11 U.S. Code § 544. The Trustee as lien creditor and as successor to certain creditors and purchasers (a)** The trustee shall have, as of the commencement of the case, and without regard to any knowledge of the trustee or of any creditor, the rights and powers of, or

may avoid any transfer of property of the debtor or any obligation incurred by the debtor that is voidable by (1) a creditor that extends credit to the debtor at the time of the commencement of the case, and that obtains, at such time and with respect to such credit, a judicial lien on all property on which a creditor on a simple contract could have obtained such a judicial lien, whether or not such a creditor exists; (2) a creditor that extends credit to the debtor at the time of the commencement of the case, and obtains, at such time and with respect to such credit, an execution against the debtor that is returned unsatisfied at such time, whether or not such a creditor exists; or (3) a bona fide purchaser of real property, other than fixtures, from the debtor, against whom applicable law permits such transfer to be perfected, that obtains the status of a bona fide purchaser and has perfected such transfer at the time of the commencement of the case, whether or not such a purchaser exists. **Bankruptcy Context:** In bankruptcy, the trustee's role includes marshalling and liquidating the property of the bankruptcy estate to ensure a fair and equitable distribution of assets among creditors subject to debtors **11 U.S. Code § 522 – Exemptions (a)**In this section—(1) "dependent" includes spouse, whether or not actually dependent; and (2) "value" means fair market value as of the date of the filing of the petition or, with respect to property that becomes property of the estate after such date, as of the date such property becomes property of the estate... **Marshalling of Assets** is the process that involves identifying, locating, and securing the assets of the debtor to ensure they are properly managed and distributed according to the bankruptcy process.

The Plaintiff Debtor complains the state court invoked a "spaghetti bowl" of statutes inclusive of "revival of a promissory note wiped out in bankruptcy case" commenced "ultra virus" 7/12/2023 by action of a "wrongful mortgage foreclosure" to simply give **"illusionary preference"** to creditor of a discharged debt to attach to a mortgage "lapsed in time" adjudication in disguised REM actually in PERSONAM named the Joanne M. Roman as the defendant obligated to pay 8/14/2023, issued a Judgment to sell premises by sheriff sale commenced without following any value or consideration given determined by fair market value (FMV) and the Uniform commercial Code "as preference obligation to pay a debt" to a past creditor appearing on the discharge order issued 7/7/2021, the case has been closed since 7/28/2021 which all debts were discharged and the entire estate federally exempted.

There issue is there is a genuine dispute over the land title and General Warranty deed, the owner named Joanne M. Roman (possesses original signed document) recorded first 8/9/2017. Joanne Roman filed bankruptcy to get the benefit of the law to get her home and federal job back which was a non-judicially 12/4/2020 without first being heard by a judge or court. The debtor in possession and control of the property acquired distribution from U.S. Trustee of the bankruptcy estate result unlawful and wrongful acts have already occurred upon the Plaintiff Joanne M. Roman with regards to her "discharge injunction in effect" of bankruptcy law.

**It is constitutionally allowable under Article III Federal District Court having original jurisdiction to coordinate with Article 1 Judge having subject matter jurisdiction to conduct a De Novo review of the Bankruptcy Law inclusive of Pennsylvania's four year** "clawback" "look back" period stemming from date 3/22/2021 bankruptcy petition filed calculating forward to current day the original rights and obligations of the individuals. Substantive law may derive from the common law, statutes, or a constitution of a claim recovery for breach of contract or negligence or fraud would be a common law substantive right of specific actions which has already occurred under the color of state law concurrent averse actions and deem if are unlawful debt collections injury under the bankruptcy law effect by any creditor named on the discharge order the "merits" of the complaint Sources: Substantive law can come from various sources, include Statutes: Laws passed by legislative bodies; Constitutions: Fundamental laws that outline basic rights and principles. And Common Law: Judge-made law based on precedent and judicial decisions. Importance: understanding the distinction between substantive and procedural law is crucial for legal professionals and citizens alike, as it impacts how rights are created, enforced, and protected. "Substantive law" refers to the part of law that defines rights, duties, obligations, and legal causes of action, essentially outlining what is legally permissible and what is not, as opposed to procedural law which focuses on how those rights and obligations are enforced. Definition: Substantive law establishes the core principles and rules that govern society, defining what is legally right and wrong. It outlines the rights and obligations of individuals and organizations, as well as the consequences of violating those rules. Civil Law: Substantive civil law covers areas like contracts, property, torts (e.g., negligence), and family law, defining rights and obligations in these areas. Criminal Law: Substantive criminal law defines crimes and punishments, outlining what actions are considered illegal and what penalties apply.

**Res Ipsa Loquitur** – The Evidence Speaks for Itself. Against the Peace and Dignity of the State of Pennsylvania.

This verification is being made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsifications to authorities.

COPY

Recorded 4/2/25
Docket

_____
Date

_____
Respectfully Submitted,
Joanne M. Roman, Pro Se Litigant, Plaintiff
Home Address: 102 Artlee Avenue, Butler PA 16001
Email address: jmroman0967@gmail.com
Cell Phone: (814) 323-5853

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Joanne Marie Roman,
102 Artlee Avenue Butler PA 16001

**DEFENDANTS**
M&T Bank, One Fountain Plaza, Buffalo, NY 14203
KML Law Group, P.C., Philadlpha, Pittsbrg, PA; San Diego, CA et. al.
William R. Shaffer, Sr. Judge 10th Judicial District Commonwealth, PA

**(b)** County of Residence of First Listed Plaintiff   Butler, County PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Erie, County NY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se Litigant, (debtor 727 bankruptcy discharge closed case)

Attorneys *(If Known)*
KML Law Group., P.C.,Michael McKeever, Lead Attorney, for M&T Bank, all defendants Eric J. Kishbaugh, Geraldine Linn, Danielle M. DiLeva, [Esquire(s)]. Natalie Rowan, Legal Assistant

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act (circled) |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability — ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability — ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle — ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability — ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 196 Franchise | Injury — ☐ 385 Property Damage | Leave Act | | ☐ 896 Arbitration |
| | ☐ 362 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | | ☐ 899 Administrative Procedure |
| | Medical Malpractice | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act/Review or Appeal of |
| **REAL PROPERTY** **CIVIL RIGHTS** | **PRISONER PETITIONS** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Agency Decision |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights (circled) **Habeas Corpus:** | | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate | | 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | | |
| ☐ 245 Tort Product Liability | Accommodations — ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | | | |
| | Employment **Other:** | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Other — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education — ☐ 555 Prison Condition | | | |
| | — ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

*(handwritten)* 21-20642-GLT Related to Bankruptcy Closed case 7/28/2021 Transcripts provided to District Court

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983: 11 USC (105, 106, 350, 362, 506, 522, 524,542, 5009(a)); 28 USC 157, 158,1334 & other fed laws
Brief description of cause:
State Defiance Bankr. Code 524(a)(1)(2)(3),deprive immuty protect w/o due process 42 Pa CS 8522, 8528 Liability

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE   W. Scott Hardy, District Judge
DOCKET NUMBER 2:23-cv-0308-WSH (Order)

DATE 01/05/2024  5/25/2026
FOR OFFICE USE ONLY

SIGNATURE OF ATTORNEY OF RECORD
Joanne M. Roman, Pro Se Lititgant   *(signature)* Joanne M. Roman

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

*(handwritten)* Copy of 2nd Amended   1 of 2

JS 44AREVISED June, 2009
IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA
THIS CASE DESIGNATION SHEET MUST BE COMPLETED

**PART A**

This case belongs on the ( ◯ Erie     ◯ Johnstown     ⦿ Pittsburgh) calendar.

1. **ERIE CALENDAR** - If cause of action arose in the counties of Crawford, Elk, Erie, Forest, McKean, Venang or Warren, OR any plaintiff or defendant resides in one of said counties.

2. **JOHNSTOWN CALENDAR** - If cause of action arose in the counties of Bedford, Blair, Cambria, Clearfield or Somerset OR any plaintiff or defendant resides in one of said counties.

3. Complete if on **ERIE CALENDAR**: I certify that the cause of action arose in_____ County, and that the _____resides in_____County.

4. Complete if on **JOHNSTOWN CALENDAR**: I certify that the cause of action arose in _____County and that the_____resides in _____County.

**PART B** (You are to check ONE of the following)

1. ⦿ This case is related to Number 21-20642-GLT     . Short Caption 727 Discharge closed 7/28/21

2. ◯ This case is not related to a pending or terminated case.

DEFINITIONS OF RELATED CASES:

CIVIL: Civil cases are deemed related when a case filed relates to property included in another suit or involves the same issues of fact or it grows out of the same transactions as another suit or involves the validity or infringement of a patent involved in another suit EMINENT DOMAIN: Cases in contiguous closely located groups and in common ownership groups which will lend themselves to consolidation for trial shall be deemed related.
HABEAS CORPUS & CIVIL RIGHTS: All habeas corpus petitions filed by the same individual shall be deemed related. All pro se Civil Rights actions by the same individual shall be deemed related.

**PARTC**

I. CIVIL CATEGORY (Select the applicable category).

1. ◯ Antitrust and Securities Act Cases
2. ◯ Labor-Management Relations
3. ◯ Habeas corpus
4. ⦿ Civil Rights
5. ◯ Patent, Copyright, and Trademark
6. ◯ Eminent Domain
7. ◯ All other federal question cases
8. ◯ All personal and property damage tort cases, including maritime, FELA, Jones Act, Motor vehicle, products liability, assault, defamation, malicious prosecution, and false arrest
9. ◯ Insurance indemnity, contract and other diversity cases.
10. ◯ Government Collection Cases (shall include HEW Student Loans (Education), V A Overpayment, Overpayment of Social Security, Enlistment Overpayment (Army, Navy, etc.), HUD Loans, GAO Loans (Misc. Types), Mortgage Foreclosures, SBA Loans, Civil Penalties and Coal Mine Penalty and Reclamation Fees.)

I certify that to the best of my knowledge the entries on this Case Designation Sheet are true and correct

Date: 5/25/2026

Joanne M. Roman, Pro Se Litigant

_Joanne M. Roman_
ATTORNEY AT LAW

NOTE: ALL SECTIONS OF BOTH FORMS MUST BE COMPLETED BEFORE CASE CAN BE PROCESSED.

COPY OF 2ND Amended

2 OF 2

# ROMAN v. M & T BANK (2:23-cv-00308)

## District Court, W.D. Pennsylvania

Last Updated: May 6, 2026, 4:23 p.m.

Assigned To: W. Scott Hardy

Citation: ROMAN v. M & T BANK, 2:23-cv-00308, (W.D. Pa.)

Date Filed: Feb. 27, 2023

Date of Last Known Filing: May 6, 2026

Cause: 42:1983 Civil Rights Act

Nature of Suit: 440 Civil Rights: Other

Jury Demand: None

Jurisdiction Type: Federal Question

Docket Entries        Parties and Attorneys        Authorities

| | | |
|---|---|---|
| 71 | Mar 19, 2025 | AMENDED COMPLAINT against COMMONWEALTH PENNSYLVANIA, COURT OF COMMON PLEAS OF BUTLER COUNTY, PA CIVIL DIVISION, 10TH JUDICIAL DISTRICT, DANIEL M. DILEVA, J. ERIC KISHBAUGH, KML LAW GROUP, P.C., GERALDINE LINN, M & T BANK, MICHAEL MCKEEVER, NATALIE ROWAN, WILLIAM R. SHAFFER, filed by JOANNE MARIE ROMAN. Answer due 4/9/2025 per Order 69 . (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Envelope) (sms) (Entered: 04/02/2025) |

| Main Doc | Amended Complaint | | Att 1 |
|---|---|---|---|
| Civil Cover Sheet | | Att 2 | |
| Exhibit 4 | | Att 3 | |
| Exhibit 5 | | Att 4 | |
| Envelope | | | |

| | | |
|---|---|---|
| 72 | Mar 19, 2025 | SEALED EXHIBITS re 71 AMENDED COMPLAINT by JOANNE MARIE ROMAN. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3) (sms) (Entered: 04/02/2025) |

Main Doc

| | | |
|---|---|---|
| 73 | Apr 4, 2025 | ORDER indicating that, the Court having received Plaintiff's Second Amended Complaint (Docket No. 71 on 3/19/2025, Chambers having reviewed the documents and the Clerk's Office having placed them on the Docket on 4/2/2025, Defendants shall now have until 4/23/2025 to respond to Plaintiff's Second Amended Complaint. Signed by Judge W. Scott Hardy on 4/4/2025. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (kas) (Entered: 04/04/2025) |

Main Doc

| | | |
|---|---|---|
| | Apr 4, 2025 | Order |

2ND Amended Complaint

unsigned
— Copy Provided —
No Longer Have Access
to View Documents
PACER

When Ejected 4/8/26
fron Home They Disposed of.
all my original Court Doc's
Joanne M. Roman
5/24/26

Michael Daley

📞 (215) 560-6300

Administrative Offices of the PA Courts
1515 Market St.
Ste 14th Floor
Philadelphia, PA 19102

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**1. DANIEL M. DILEVA**                REPRESENTED BY        Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

**2. GERALDINE LINN**                 REPRESENTED BY        Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

Drop

~~HONORABLE WILLIAM R. SHAFFER~~        ~~REPRESENTED BY~~        Jennifer M. Herrmann

Joane M. Roman
3/24/2026

📞 (215) 560-6326

Administrative Offices of the Pa Courts
1515 Market St.
14th Floor
Philadelphia, PA 19102

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

*TERMINATED: 03/13/2026 (March 13, 2026)*

Michael Daley

📞 (215) 560-6300

Administrative Offices of the PA Courts
1515 Market St.
Ste 14th Floor
Philadelphia, PA 19102

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**3. J. ERIC KISHBAUGH**              REPRESENTED BY        Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**4. KML LAW GROUP, P.C.**

REPRESENTED BY

Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**5. MICHAEL MCKEEVER**

REPRESENTED BY

Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

**6. M & T BANK**

REPRESENTED BY

Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**7. NATALIE ROWAN**

REPRESENTED BY

Michael McKeever

📞 (215) 627-1322

Kml Law Group Pc
701 Market St
Suite 5000
Philadelphia, PA 19106

*ATTORNEY TO BE NOTICED*

## 👤 Plaintiff

CARMELO ROMAN TORRES

*Terminated (Jan. 12, 2024)*

REPRESENTED BY

CARMELO ROMAN TORRES

Carmelo Roman Torres
102 Artlee Ave.
Butler, PA 16601

J G

*Terminated (Jan. 12, 2024)*

REPRESENTED BY

J G

J G
102 Artlee Ave.
Butler, PA 16001

Joanne Marie Roman

REPRESENTED BY

Joanne Marie Roman

📞 (814) 323-5853

Joanne Marie Roman
102 Artlee Ave.
Butler, PA 16001

Joanne Marie Roman
117 Hickory St.
Butler, PA 16001

M J R

*Terminated (Jan. 12, 2024)*

REPRESENTED BY

M J R

M J R
102 Artlee Ave.
Butler, PA 16001