UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Case No: 2:23-CV-00308-WSH

ROMAN v. M&T BANK et. al.

# EXHIBIT B

### DEBT DISCHARGE IN BANKRUTPCY
### WHY DOES M& BANK KEEP CONTACTING ME?

- COPY M&T Bank Payoff Statement Letter 10/21/2020 Re: Loan No. 0031693120
  3 - PAGES

- COPY M&T Bank Letter RECEIVED 04/28/2026 Re: Loan No. 0031693120
  3 - PAGES

**M&T** Bank

Page 99
Docket AD 2022-10337
7/11/2022

October 21, 2020

PAYOFF STATEMENT

Re: Loan No.   0031693120
FHA Case No/Sec:   442-4467275/703

8-750-83379-0000114-001-1-000-000-000-000

Joanne M Roman

102 Artlee Ave
Butler, PA 16001

Joanne M Roman

102 Artlee Avenue
Butler PA 16001

Interest Due To: December 01, 2020
Next Payment Due: August 01, 2020

At:   3.75000%

| | |
|---|---:|
| Principal Balance: | $   176,401.46 |
| Interest Through December 01, 2020 | 2,756.25 |
| Late Charges Due: | 69.08 |
| Escrow/Impound Overdraft | 257.69 |
| Pro Rata MIP | 363.45 |
| Unpaid Expenses* | 15.00 |
| Document Preparation | .00 |
| Federal Express | .00 |
| Trustee Fee | .00 |
| Fax Fee (s) | .00 |
| Recording Fees | 60.75 |
| * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * *   $ | 179,923.68 |

The current escrow balance is:                          $          .00

Per diem through the last day of the month only:       $       18.12
Funds received after requested payoff date will require additional
per diem.

All figures are subject to change.

    *For a more detailed description of Unpaid Expenses please
     reference the transaction activity on your mortgage billing
     statement or contact us at 1-800-724-2224 if you have any questions.

This statement expires on the last business day of the month.  Figures
must be updated after that date.  In addition, figures will be adjusted
if any transactions such as an escrow advance, payment reversal, or fee
assessment take place.

PAYMENTS DUE
Issuance of this statement does not suspend the requirement to make
the mortgage payment when due.  The terms of your existing loan and loan
requirements remain in effect.  A late charge in the amount of $   34.54
will be due if the current payment or payoff is received after the
grace period.

If you have already mailed your current month's mortgage payment,
DO NOT stop payment on the check. Any excess funds will be refunded
to you after payoff. If you currently have your payment automatically
drafted from your account and a payoff is received within 4 business days
of a scheduled draft date, a draft may occur. Any overpayment will be
refunded within ten business days. If you wish to cancel the drafting
service, a written request must be received by this office ten days
prior to the payoff.                    (IMPORTANT INFORMATION ON PAGE 2)

Page 1 of 3

**Docket: AD 2022-10337** 7/11/2022
**Page 100**

PAYMENT METHOD, Page 2

If the payoff funds received by M&T are not sufficient to fully repay your loan, unless directed otherwise, M&T will apply up to $1,000 from your escrow account to your mortgage payoff. If the amount of the payoff shortage is greater than $1,000.00 or if there are insufficient funds in your escrow account to complete the necessary payoff of your loan, M&T will return all payoff funds received. Interest and costs will continue to accrue until the full payoff is received.

WE SUGGEST PAYING BY WIRE TRANSFER TO ENSURE TIMELY RECEIPT OF FUNDS AND TO AVOID ADDITIONAL INTEREST. (SEE THE ENCLOSED NOTICE FOR DETAILS).

Wire Payoff Instructions:
- M&T Bank (MFRSBUF) Routing Number: 022000046
- Credit Account Number: 3085802684050
- Account Title: M&T Bank Mortgage Payoff, Extension 3282
- To ensure timely application of the payoff wire, the wire's DETAIL of PAYMENT must show the following information in the exact order: -MTG0031693120 Joanne M Roman 102 Artlee Avenue Butler PA 16001
- All wire transfers must be received in our office no later than 3pm to be processed the same day.

Certified or Attorney Escrow Checks are also accepted for payoff. Make funds payable to M&T Bank. Include the mortgage account number on all correspondence, including the payoff check, and mail to:

     M&T Bank c/o M & T Bank-Mortgage Payoffs
     Box 69129
     1800 Washington Blvd. 8th Floor
     Baltimore, Maryland 21230

DISCHARGE OF MORTGAGE

A properly executed, recordable release of lien will be provided by M&T Bank. When remitting payoff funds, please include written mailing instructions for the discharge, release, or reconveyance.


ESCROW

According to our records, listed below are your next tax and/or insurance items to be paid:

     $ 1453.80 09-21 Hud-risk Based Ins Prem
     $ 2126.27 09-21 Butler S.d./butler Twp
     $ 795.83 04-21 Butler Township -butler
     $ 1122.00 10-20 Erie Ins Group

Scheduled tax and insurance payments on escrowed loans will continue to be made until the date M&T receives your payoff funds, unless we are instructed otherwise. If funds are remaining in your escrow account after your loan has been paid in full, a refund will be mailed within 30 days of the date of payoff.

If this is a 203k rehabilitation loan, the balance in the rehabilitation account will be used to reduce your payoff amount. However, please be advised the balance in the rehabilitation account is subject to change pending disbursement of any outstanding draw requests, bill or fees.

Page 2 OF 3

Docket: AD 2022-10337    7/11/2022
Page 101

 October 21, 2020

Joanne M Roman

102 Artlee Ave
Butler, PA 16001

Loan No.: 0031693120
FHA Case No.: 442-4467275

This is in reply to your October 21, 2020 request for payoff figures for your FHA-Insured Mortgage which M&T is servicing.

This notice is to advise you of the procedure which will be followed to accomplish a full prepayment of your mortgage.

M&T Bank will:

(A) _X_ Accept the full prepayment amount whenever it is paid and collect interest only to the date of that payment; or

(B) ___ Only accept the prepayment on the first day of any month during the mortgage term; or accept the prepayment whenever tendered with interest paid to the first day of the month following the date prepayment is received.

(C) ___ Require at least 30 days prior written notice of your intent to prepay the mortgage (for mortgages insured prior to August 2, 1985). We consider that the 30-day written notice has not yet been complied with, notice must be in writing.

(D) ___ Consider that we have received notice of your intended prepayment and the 30-day notice began to run on October 21, 2020.

If you have any questions regarding this notice, please contact our Payoff Department at 1-800-724-2224.

Sincerely,

Mortgage Payoff Processing
Retail Loan Servicing

Page 3 OF 3



USPS CERTIFIED MAIL

**M&T** Bank

PO BOX 619033
DALLAS TX 75261-9033
April 28, 2026

9214 8969 0043 7100 0025 1990 38



9-750-34411-0000001-001-1-000-000-000-000

JOANNE M ROMAN
102 ARTLEE AVE
BUTLER PA  16001-2771

*NOTE Discharged Closed Case 21-20642-GLT Bankruptcy Case Final ORDER 7/28/2021*

Re:    Loan No.:            0031693120
       Property Address:    102 ARTLEE AVE
                            BUTLER PA  16001-2771

Dear Mortgage Customer(s):

We are writing to you regarding the homeowner's insurance policy associated with your property referenced above.

A property inspection report submitted to M&T Bank on April 25, 2026 indicates that your property may be vacant or abandoned. As most homeowner's insurance policies have specific exclusions regarding vacant properties, we must inform your insurance company of the possible vacancy.

Should the occupancy status of your property be inaccurate, we strongly suggest that you immediately contact your insurance carrier to ensure that it has the correct occupancy information.

Please note that if your current policy is cancelled, M&T Bank may obtain a lender-placed insurance policy for your property. This policy would cover only the dwelling and does not cover liability or personal property. In addition, the premiums for lender-placed insurance are generally higher than a homeowner's insurance policy you could obtain yourself.

Pursuant to your mortgage, M&T Bank may be forced to exercise its rights to enter the property and protect our security interest by means of securing and/or winterizing the premises.

If you have any questions or concerns regarding this matter, please contact our Homeowner Assistance Center by calling 1-800-724-1633.

Thank you for your cooperation.

Please See Reverse Side

*Page 1 of 3*

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account Information: 1 800 724 1633, just a click away at mtb.com.

# M&T Bank

Sincerely,

M&T Bank
Homeowner Assistance Center
Hours: Mon.-Thur. 8am-9pm; Friday 8am-5pm; Saturday 8am-12pm EST
Phone: 1-800-724-1633

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

HZ034

Page 2 of 3

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

Case 2:23-cv-00308-WSH    Document 132-3    Filed 05/29/26    Page 7 of 7

**RETURN SERVICE REQUESTED**

This envelope was in
Mail will Lower envelope
inside " Certified Mail"

↓

019   CIZUAPi 16001

CERTIFIED MAIL

First-Class Mail
U.S. Postage and Fees Paid
VSI

↑

Page 3 of 3

THis Envelope
was inside of
Above Envelope
Delivered to Address

1600182771 C031