UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Case No: 2:23-CV-00308-WSH

ROMAN v. M&T BANK et. al.

# EXHIBIT C

CREDIT REPORTS

- Copy Equifax and Transunion credit Reports – 6 pages No Mortgage listed
  Pulled 7/14/23    Pulled 6/05/23

**EQUIFAX**

CREDIT REPORT

JOANNE ROMAN

Report Confirmation

Date Pulled   7/14/2023

Docket # CP-2023-21203
Judgment Recorded
8/14/2023
$ 214,189.43

AD2022-10337 Summary Judgment Order 7/13/2023

2-21-25 Answer

Ejectment
Docket: AD2024-10991
Printed 5/24/2026
STATE COURT
Record

PVb

Personal Credit Report for:
JOANNE ROMAN

File Number:
427639126

Date Created:
07/14/2023

Visit transunion.com/dispute to start a dispute online.

## 8 Personal Information

You have been on our files since 04/01/1993. Your SSN has been masked for your protection.

Credit Report Date
07/14/2023

Social Security Number

Date of Birth

Name
JOANNE MARIE ROMAN

Also Known As

AKA
JOANNE GARCIA

Addresses

Current Address
102 ARTLEE AVE MERIDIAN, PA 16001-2771

Date Reported
11/30/2018

Other Address
PO BOX 5967 HC 2 GUAYANILLA, PR 00656-9802

P2/6

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

Report Date: Jul 14, 2023

Credit File Status: Security Freeze in Place

Alert Contacts: 0 Records Found

Average Account Age: 5 Years, 2 Months

Length of Credit History: 10 Years, 5 Months

Accounts with Negative Information: 12

Oldest Account: WELLS FARGO DLR SVC/WACH DLS (Opened Feb 02, 2013)

Most Recent Account: SYNCB/SAM'S CLUB DC (Opened Aug 03, 2022)

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 5 | 4 | $3,421 | $15,720 | $19,150 | 18.0% | $121 |
| Mortgage | | | | | | | |
| Installment | 1 | 1 | $14,445 | $5,620 | $20,065 | 72.0% | $456 |
| Other | 0 | 0 | | | | | |
| Total | 6 | 5 | $17,866 | $21,340 | $39,215 | 18.0% | $577 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

Consumer Statements: 0 Statements Found

Personal Information: 14 Items Found

Inquiries: 65 Inquiries Found

Most Recent Inquiry: CREDIT KARMA, INC Jul 06, 2023

Public Records: 1 Records Found

Collections: 0 Collections Found

JOANNE ROMAN | Jul 14, 2023

Page 3 of 90

EQUIFAX
Summary

No mortgage
Around SAME Date as Summary Judgment
ORDER 7/13/2023
P3/6

## 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.

EQUIFAX

JOANNE ROMAN | Jul 14, 2023

Page 53 of 90

P4/6

**BANKRUPTCY**
Closed 7/28/2021
Filed 3/22/2021

## 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

### Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

Reference Number 2120642

**Status**
The amount owed was included in the order of relief. Debtor no longer liable for debts listed in order of relief.

| | | | |
|---|---|---|---|
| Date Filed | Mar 22, 2021 | Type | Individual |
| Verified Date | | Filer | Subject |
| Liability | | Court | US BANKRUPTCY COURT-PITTSBURGH |
| Exempt Amount | | Asset Amount | |

**Prior Disposition**
Chapter 7, Voluntary.
Bankruptcy proceeding is initiated by the debtor's own petition to be declared bankrupt and have benefit of the law.

Comments

### Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

### Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

EQUIFAX

JOANNE ROMAN | Jul 14, 2023

Page 85 of 90

Public Records

P5/6

**Supplemental Public Records and Residential Information**

Requested On:

TRANSUNION CONSUMER INTE

Requested on:
06/05/2023

Land Mass in Acres:
0.51

Total Land Mass in Square Feet:
22216

Assessed Improvement Value:
$17,220

Market Improvement Value:
$17,220

Improvement Value:
$17,220

Home Equity Loans:
0

Refinance or Equity Fixed Mortgages in Last 24 Months:
0

FHA Mortgage Loans Recorded:
1

Interest Rate on Most Recent Mortgage:
0.00

Foreclosure:
No

Total Tax Amount:
$2,966

Building Size in Square Feet:
0

Assessed Land Value:
$3,540

Total Assessed Value of the Land and Improvements:
$20,760

Total Market Value of the Land and Improvements:
$20,760

Real Estate Sale Price:
$189,900

Home Equity Loan Amount:
$0

Conventional Mortgages recorded in the Last 24 Months:
0

First Mortgage Amount:
$186

Loan Term of Most Recent Mortgage (in Months):
360

PUBLIC RECORD

Pulled 6|5.|2023
Transunion

P6|6