UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Civil Division

JOANNE MARIE ROMAN, et. al.
    *Plaintiffs,*
v.

M&T BANK, et. al.
KML LAW GROUP P.C., Attorney's
SAFEGUARD PROPERTIES, and
LUXE REAL ESTATE INC.,
    *Defendants,*

Case No: 2:23-CV-00308-WSH
Judge: W. Scott Hardy

## CERTIFICATE OF SERVICE

Joanne Marie Roman, hereby certify that on this 27th day of May 2026, a true and correct copy of the foregoing Plaintiff's Opposition Brief reply to Defendants' Motion to Dismiss, Notice of Combined Motions includes leave request to revise second amended complaint & supplemental for §1983; request for Declatory Judgment Order "freeze" defendants action alter property; and Notarized Emergency Motion for TRO with Proposed Orders is served on the following parties or their counsel of record via prepaid postage, by USPS Mail deposited May 27, 2026, Overnight Express guaranteed delivery proof of signature receipt or Priority Mail with tracking number:

## DISTRIBUTION

1. United States District Court
   **Clerk's Office Room 3110**
   Joseph F. Weis, Jr. U.S. Courthouse
   700 Grant Street Pittsburgh, PA 15219

   USPS Priority Overnight signature required
   412-208-7500
   **copy furnished:** supplemental Amend Complaint
   **For docketing: 2:23-cv-00308-WSH**

2. email: **Michael.mckeever11@gmail.com**
   Michael T. McKeever, Lead Attorney
   Counsel for M&T Bank, KML Law Group Attorneys
   Suite 5000, BNY- Mellon Independence Center
   701 Market Street
   Philadelphia, PA 19106-1532

   USPS Priority Mail tracked proof of delivery
   215-627-1322
   KML Law Group, P.C.
   Pennsylvania and New Jersy
   Eviction Department -- Anne Rodriguez
   arodriguez@kmllawgroup.com

3. email: **legaldepartment@pacourts.us**
   Michael Daley Administrative Office of PA Courts
   1515 Market Street, Suite 1414
   Philadelphia, PA 19102

   USPS Priority Mail tracked proof of delivery
   Behalf of Commonwealth Butler County Pa
   Court of Common Pleas 10th Judicial District
   Honorable William R. Shaffer, Senior Judge

4.  PA Superior Court Prothonotary Office
    Grant Building Suite 600
    310 Grant Street Pittsburgh, PA 15219

    (412) 565-7592
    Bobbi Jo Wagner, Esq., Deputy
    **Copy Furnished:** Correspondence status update
    **For docketing:** 319WDA2026 and 449WDA2026

5.  Buter County Court House Prothonotary Office
    First Floor Government Center
    124 W. Diamond Street, Butler PA 16001

    (724) 284-5214
    Kelly Ferrari, Prothonotary
    **Copy Furnished:** Correspondence status update   .
    **For docketing:** ED 2025-30134 and CP 2023-21203

6.  **email: unknown**
    Safeguard Properties Eviction Department
    Safeguard Properties
    9445 Rockside Rd, Suite 100
    Valley View, OH 44125

    1-800-852-8306 ext. 2159
    24-Hour Complaint Hotline: 855-563-9154
    Corporate Address
    **Butler County Sheriff's Department**
    **Coordinates the Physical Move**

7.  **email: luxeresinc@gmail.com**
    Brendon Beittel
    Luxe Real Estate Service, Inc.
    9910 Broadway Street, Irwin PA 15642

    Office: Jen Somerfield (724) 469-2748
    Cell: (239) 494-0625

8.  **email: jmroman0967@gmail.com**
    Joanne Marie Roman
    102 Artlee Avenue Butler PA 16001

    Cell: (814) 323-5853

Joanne Marie Roman, verify that the statements made on this Certificate of Service are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

**Respectfully Submitted,**
**Date:** May 27, 2027

Joanne M. Roman, Plaintiff, Pro se
Address: 102 Artlee Avenue
Butler PA 16001
email: jmroman0967@gmail.com
cell: (814) 323-5853