**UNITED STATES POSTAL SERVICE.**

*Retail*

**PRIORITY MAIL EXPRESS®**

**US POSTAGE PAID**

**$35.90**

Origin: 16001
05/27/26
4110680019-02

**E**

**EMS**

**PRIORITY MAIL EXPRESS®**

JOANNE M ROMAN
102 ARTLEE AVE
BUTLER PA 16001-2771
(814) 323-5853

1 Lb 10.00 Oz

RDC 07

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 05/28/26 06:00 PM

C094

SHIP
TO:

(412) 208-7500
CLERK OFFICE
RM 3110
700 GRANT ST
PITTSBURGH PA 15219-1957

USPS SIGNATURE® TRACKING #

9581 7158 4972 6147 9015 32

**FLAT RAT**

ONE RATE ■ ANY WEI

To schedule free Package
scan the QR code.

USPS.COM/PICKUP

**VISIT US AT US**
ORDER FREE SUPPL

PS10001000006

OD: 12 1/2 x 9 1/2

Joanne M. Roman
102 Artlee Avenue
Butler PA 16001
(814) 323-5853

United States District Court
Clerks office Room 3110
Joseph F. Weis Jr., US Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 208-7500

**GUARANTEED* ▪ TRACKED ▪ INSURED**

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.